1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION**

M:09-CV-2015-JF

| | |
|---|---|
| IN RE: WACHOVIA CORP. "PICK-A-PAYMENT" MORTGAGE MARKETING AND SALES PRACTICES LITIGATION<br><br>This document relates to:<br><br>*Mandrigues, et al. v. World Savings, Inc., et al.*, (N.D. Cal.), Case No. 5:07-cv-04497, filed: August 29, 2007, and all included actions. | **CASE NO. MDL DOCKET NO.** ~~**2015**~~<br><br>[*Assigned to the Hon. Jeremy Fogel*]<br><br><u>CLASS ACTION</u><br><br>**[~~PROPOSED~~] ORDER DESIGNATING CLASS COUNSEL STRUCTURE** |

[Proposed] Order Re Structure of Class Counsel- MDL DOCKET NO. 2015

1 | Having considered the agreement of Plaintiffs' counsel, and good cause appearing therein, and for the reasons set forth in the Status Report to the Court, this Court orders as follows:

1. That David M. Arbogast and Jeffrey K. Berns of Arbogast & Berns LLP shall be appointed Lead Counsel;

2. The Chairperson of the Executive Steering Committee shall be Jeffrey K. Berns of Arbogast & Berns LLP;

3. In addition to the Chairperson, referenced above, the Executive Steering Committee shall be comprised Christopher Seeger of Seeger Weiss, Gerson Smoger of Smoger and Associates, Brian Kabateck of Kabateck Brown & Kellner, Eric George of Browne Woods George, Mark Cuker, of Williams, Cuker & Berezofsky, A. Hoyt Rowell of Richardson, Patrick, Westbrook & Brickman**,** and Evan Buxner of The Buxner Law Firm; and

4. David M. Arbogast shall be appointed Liaison Counsel.

**IT IS SO ORDERED**.

DATED: __4/13____, 2009

_____
HON. JEREMY FOGEL
UNITED STATES DISTRICT COURT JUDGE