Jack R. Nelson (SBN 111863)
Theodore T. Ting (SBN 191163)
Keith D. Yandell (SBN 233146)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA  94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA  94120-7936

Telephone:     +1 415 543 8700
Facsimile:      +1 415 391 8269

T. Thomas Cottingham, III (NC Bar 16439)
HUNTON & WILLIAMS LLP
Bank of America Plaza
101 S. Tyron Street, Suite 3500
Charlotte, NC 28280

Telephone:     +1 704 378 4700
Facsimile:      +1 704 378 4890

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: WACHOVIA CORP. "PICK-A-PAYMENT" MORTGAGE MARKETING AND SALES PRACTICES LITIGATION<br><br>This document relates to:<br><br>*Michael Brunkhorst, et al. v. World Savings Bank, FSB, et al.*, S.D. Illinois, C.A. No. 3:09-127<br><br>*Michael T. Harber, et al. v. World Savings Bank, FSB, et al.*, E.D. Missouri, C.A. No. 4:09-258 | Case No. M:09-CV-2015-JF<br><br>[*Assigned to the Hon. Jeremy Fogel*]<br><br><u>CLASS ACTION</u><br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER CONTINUING HEARING AND MODIFYING BRIEFING SCHEDULE FOR DEFENDANTS GOLDEN WEST FINANCIAL CORPORATION AND WACHOVIA CORPORATION'S MOTIONS TO DISMISS**<br><br>Date:  June 5, 2009<br>Time:  9:00 a.m.<br>Dept.:  3 |

1    Pursuant to N.D. Cal. Civil L.R. 6-1(b) and 6-2, Defendants Golden West Financial
2    Corporation and Wachovia Corporation and Plaintiffs Michael and Jayme Brunkhorst, and Michael
3    and Mary Harber (collectively, "Parties") jointly submit this Stipulated Request and [Proposed]
4    Order Continuing Hearing and Modifying Briefing Schedule for Defendants' Motion to Dismiss
5    Plaintiffs Michael and Jayme Brunkhorst's Complaint and Motion to Dismiss Plaintiffs Michael and
6    Mary Harber's Complaint (collectively, "Motions to Dismiss").

8    The Parties jointly request the Court continue the June 5, 2009 hearing to July 10, 2009 due
9    to the Parties' pending mediation.  The Parties jointly request the following briefing schedule:
10   Plaintiffs' Oppositions to the Motions to Dismiss will be due June 19, 2009 and Defendants' Replies
11   will be due June 26, 2009.  Declaration of Jack R. Nelson In Support of Stipulated Request and
12   [Proposed] Order Continuing Hearing and Modifying Briefing Schedule for Defendants' Motions to
13   Dismiss at ¶ 2.  There have been no other instances when the Parties have modified the Court's
14   schedule. *Id*. at ¶ 3.  The Parties do not anticipate this modification will have any significant impact
15   on the case schedule. *Id*. at ¶ 4.

DATED: May 14, 2009

/s/ Dan Myers
*Signatory concurs in the filing of this document*
RICHARDSON PATRICK WESTBROOK &
BRICKMAN LLC
Daniel Oakes Myers
1037 Chuck Dawley Blvd, Building A
Mount Pleasant, SC 29464
Telephone: 843.727.6579; Fax: 843.216.6500
***Attorneys for Plaintiffs***

/s/ Jack Nelson
Jack R. Nelson (SBN 111863)
jnelson@reedsmith.com
Theodore T. Ting (SBN 191163)
tting@reedsmith.com
Keith Yandell (SBN 233146)
kyandell@ReedSmith.com
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94120-7936
Telephone:  (415) 543-8700; Fax: (415) 391-8269
***Attorneys for Defendants***

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

## **ORDER**

Pursuant to the stipulated request of the parties, this Court hereby orders that the June 5, 2009 hearing date is continued to July 10, 2009.  The Court orders further that the Plaintiffs' Oppositions to the Motions to Dismiss are due on June 19, 2009 and Defendants' Replies are due on June 26, 2009.

Date:   5/15/09

JUDGE OF THE US DISTRICT COURT

Case No. M:09-CV-2015-JF — - 3 - — US_ACTIVE-101643364.1

Stipulated Request and [Proposed] Order Continuing Hearing and Modifying Briefing Schedule for Defendants' Motions to Dismiss