Jack R. Nelson (SBN 111863)
Theodore T. Ting (SBN 191163)
Keith D. Yandell (SBN 233146)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone:  +1 415 543 8700
Facsimile:  +1 415 391 8269

T. Thomas Cottingham, III (NC Bar 16439)
HUNTON & WILLIAMS LLP
Bank of America Plaza
101 S. Tyron Street, Suite 3500
Charlotte, NC 28280

Telephone:  +1 704 378 4700
Facsimile:  +1 704 378 4890

**E-Filed 6/22/2009**

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: WACHOVIA CORP. "PICK-A-PAYMENT" MORTGAGE MARKETING AND SALES PRACTICES LITIGATION<br><br>This document relates to:<br><br>*Michael Brunkhorst, et al. v. World Savings Bank, FSB, et al.*, S.D. Illinois, C.A. No. 3:09-127<br><br>*Michael T. Harber, et al. v. World Savings Bank, FSB, et al.*, E.D. Missouri, C.A. No. 4:09-258 | Case No. M:09-CV-2015-JF<br><br>*[Assigned to the Hon. Jeremy Fogel]*<br><br><u>CLASS ACTION</u><br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER POSTPONING HEARING ON DEFENDANTS GOLDEN WEST FINANCIAL CORPORATION AND WACHOVIA CORPORATION'S MOTIONS TO DISMISS**<br><br>Date: July 10, 2009<br>Time: 9:00 a.m.<br>Courtroom 3 |

Pursuant to N.D. Cal. Civil L.R. 6-1(b) and 6-2, Defendants Golden West Financial Corporation and Wachovia Corporation ("Defendants") and Plaintiffs Michael and Jayme Brunkhorst, and Michael and Mary Harber ("Plaintiffs") (collectively, "Parties") jointly submit this

Stipulated Request and [Proposed] Order Postponing Hearing On Defendants' Motion to Dismiss Plaintiffs Michael and Jayme Brunkhorst's Complaint and Motion to Dismiss Plaintiffs Michael and Mary Harber's Complaint (collectively, the "Motions").

The Parties jointly request the Court remove the presently scheduled July 10, 2009 hearing from the Court's calender in light of the continuing mediation of all actions in this MDL proceeding. Mediation is scheduled to resume on July 16, 2009. The Parties will jointly submit to the Court promptly thereafter a proposed new briefing and hearing schedule for the Motions or a proposed schedule for alternative proceedings. *See* Declaration of Jack R. Nelson In Support of Stipulated Request Stipulated Request To Postpone Hearing On Defendants' Motions to Dismiss, at ¶ 2.

Although this is the Parties' second request to alter the briefing and hearing schedule for the Motions, there have been no other instances when the Parties have modified the Court's schedule. *Id.* at ¶ 3. The Parties do not anticipate that this modification will have any significant impact on the schedule for this MDL proceeding. *Id.* at ¶ 4.

DATED: June 19, 2009

/s/ Dan Myers
*Signatory concurs in the filing of this document*
RICHARDSON PATRICK WESTBROOK & BRICKMAN LLC
Daniel Oakes Myers
1037 Chuck Dawley Blvd, Building A
Mount Pleasant, SC 29464
Telephone: 843.727.6579; Fax: 843.216.6500
***Attorneys for Plaintiffs Brunkhorst and Harber***

/s/ Jack Nelson
Jack R. Nelson (SBN 111863)
jnelson@reedsmith.com
Theodore T. Ting (SBN 191163)
tting@reedsmith.com
Keith Yandell (SBN 233146)
kyandell@ReedSmith.com
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94120-7936
Telephone: (415) 543-8700; Fax: (415) 391-8269
***Attorneys for Defendants***

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

## **ORDER**

Pursuant to the stipulated request of the parties, this Court orders that the currently scheduled July 10, 2009 hearing date for the Motions is hereby VACATED. The Parties shall submit a proposed new schedule for proceedings in these actions after July 16, 2009.

Date: 6/22/2009

_____
United States District Judge