Jack R. Nelson (SBN 111863)
Theodore T. Ting (SBN 191163)
Keith D. Yandell (SBN 233146)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone:  +1 415 543 8700
Facsimile:  +1 415 391 8269

T. Thomas Cottingham, III (NC Bar 16439)
WINSTON & STRAWN LLP
Bank of America Plaza
101 S. Tyron Street, Suite 3500
Charlotte, NC 28280

Telephone:  +1 704 378 4700
Facsimile:  +1 704 378 4890

Attorneys for Defendants

**E-Filed 9/1/2009**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: WACHOVIA CORP. "PICK-A-PAYMENT" MORTGAGE MARKETING AND SALES PRACTICES LITIGATION<br><br>This document relates to:<br><br>**ALL ACTIONS** | Case No. M:09-CV-2015-JF<br><br>[*Assigned to the Hon. Jeremy Fogel*]<br><br><u>CLASS ACTION</u><br><br>**STIPULATION AND [PROPOSED] ORDER LIFTING STAY AND ORDER SETTING FURTHER STATUS CONFERENCE** |

WHEREAS, on January 20, 2009 the Court stayed this action pending a decision from the Judicial Panel on Multidistrict Litigation ("Panel"), and thereafter, on February 13, 2009, the Panel issued its' transfer order transferring the included matters to this Court.

MDL No. C09-0215JF                    1                    US_ACTIVE-102234030.1

1  WHEREAS, on April 16, 2009 the Court issued its order designating David M. Arbogast and
2  Jeffrey K. Berns, Arbogast & Berns LLP as Lead Plaintiffs counsel, with Jeffrey K. Berns as chair of
3  Plaintiffs' Executive Steering Committee and David M. Arbogast as Plaintiffs' Liaison Counsel.
4  WHEREAS the parties have agreed to jointly request that the Court lift the stay in this action
5  and respectfully request that the Court schedule a Further Status Conference to be held on October 2,
6  2009.
7  IT IS THEREFORE STIPULATED by and between Plaintiffs and Defendants that the stay
8  issued on January 20, 2009 be lifted and, should the Court's schedule permit, a Further Case
9  Management Conference be set for Friday, October 2, 2009 at 10:30 a.m.

DATED: August 27, 2009

**REED SMITH LLP**

By: /s/ Jack R. Nelson
Jack R. Nelson, Esq.
Keith D. Yandell, Esq.
**REED SMITH LLP**
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922
Phone: (415) 543-8700
Fax:   (415) 391-8269

T. Thomas Cottingham, III (NC Bar 16439)
WINSTON & STRAWN LLP
Bank of America Plaza
101 S. Tyron Street, Suite 3500
Charlotte, NC 28280
Telephone:   +1 704 378 4700
Facsimile:   +1 704 378 4890

Attorneys for Defendants World Savings, Inc., World Savings Bank, FSB and Wachovia Mortgage Corp.

**ARBOGAST & BERNS LLP**

By: /s/ Jeffrey K. Berns
Jeffrey K. Berns, Esq.
David M. Arbogast, Esq.
19510 Ventura Blvd., Suite 200
Tarzana, CA 91356
Phone: (818) 961-2000
Fax:   (818) 867-4820

*Lead Counsel for Plaintiffs and the proposed Class*

## [PROPOSED] ORDER

Pursuant to the Stipulation of counsel and for good cause shown, IT IS HEREBY ORDERED that:

1. The stay issued in this matter on January 20, 2009 is lifted; and
2. A Further Case Management Conference is set for Friday, October 2, 2009 at 10:30 a.m.

IT IS SO ORDERED

Dated: 8/31/2009, 2009

HON. JEREMY FOGEL
UNITED STATES DISTRICT COURT JUDGE

MDL No. C09-0215JF                3                US_ACTIVE-102234030.1

**STIPULATION AND [PROPOSED] ORDER LIFTING STAY AND ORDER SETTING FURTHER STATUS CONFERENCE**