Jack R. Nelson (SBN 111863)
jnelson@reedsmith.com
David De Jesus (SBN 173263)
ddejesus@reedsmith.com
Alicia A. Adornato (SBN 254228)
aadornato@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA  94105
Telephone:     +1 415 543 8700
Facsimile:     +1 415 391 8269

T. Thomas Cottingham, III *(admitted pro hac vice)*
tcottingham@winston.com
Luciona Johnson *(admitted pro hac vice)*
lujohnson@winston.com
WINSTON & STRAWN LLP
214 North Tryon Street
Charlotte, NC 28202-1078
Telephone:     +1 704 350 7700
Facsimile:     +1 704 350 7800

Attorneys for Defendants Wells Fargo & Company, Wachovia Mortgage Corporation, World Savings, Incorporation, John Stumpf and Marc C. Oman

**E-Filed 7/15/10**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: WACHOVIA CORP. "PICK-A-PAYMENT" MORTGAGE MARKETING AND SALES PRACTICES LITIGATION<br><br>This document relates to:<br><br>*Charles and Jerri H. Holmes, individuals, and John D. Moller, an individual, on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br>v.<br><br>*Wells Fargo and Company, a Delaware Corporation, Wachovia Mortgage Corporation, a North Carolina Corporation, World Savings, Incorporated, a California Corporation, John Stumpf, an individual, Mark C. Oman, an individual, and DOES, 1-10*,<br><br>Defendants.<br><br>Case No. 5:10-cv-02406-PVT, filed June 1, 2010. | Case No. 5:09-md-2015-JF<br><br>[PROPOSED] ORDER RELATING *HOLMES* ACTION |

IT IS HEREBY ORDERED that the Administrative Motion to Relate Cases, brought by Defendants Wells Fargo & Company, Wachovia Mortgage Corporation, World Savings, Incorporation, John Stumpf and Marc C. Oman is granted.  The Court finds that the following case is a Related Case within the meaning of Local Rule 3-12(a) and related to *In re Wachovia Corp "Pick-a-Payment" Mortgage Marketing and Sales Practices Litigation,* Case No. 5:09-md-2015:

C 10-02046 PVT            Holmes, et. al. v. Wells Fargo and Company, et. al.

Counsel are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge immediately after the case number.  Any case management conference in any reassigned case will be scheduled by the Court.  The parties shall adjust the dates for the conference, disclosures, and report required by F.R. Civ. P. 16 and 26 accordingly.  Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be re-noticed by the moving party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be scheduled by the newly assigned judge.

**IT IS SO ORDERED.**

Dated: 7/15/2010

_____
HONORABLE JEREMY FOGEL
United States District Court Judge