Charles S. Price (#006197)
charles.price@mwmf.com
Tricia Schafer (#18748)
tricia.schafer@mwmf.com
**MARISCAL, WEEKS, MCINTYRE
 & FRIEDLANDER, P.A.**
2901 North Central Avenue, Suite 200
Phoenix, Arizona 85012-2705
Phone: (602) 285-5000
Fax: (602) 285-5100

Daniel O. Myers (SC Bar No. 15854)
*Admitted Pro Hac Vice
**RICHARDSON, PATRICK, WESTBROOK
 & BRICKMAN, LLC**
1037-A Chuck Dawley Blvd.
Mt. Pleasant, South Carolina 29464
Phone: (843) 727-6579
Fax: (843) 216-6509
dmyers@rpwb.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE: WACHOVIA CORP. "PICK-A-PAYMENT" MORTGAGE MARKETING AND SALES PRACTICES LITIGATION<br><br>This document relates to:<br><br>*Mark Chaney, et al. v. Wachovia Mortgage, FSB, et al.,* 5:10-cv-02847-JF | Case No. 2M:09-CV-2015<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER POSTPONING HEARING OF DEFENDANTS WACHOVIA MORTGAGE, FSB, WACHOVIA BANK, FSB AND GOLDEN WEST FINANCIAL CORPORATION'S MOTION TO DISMISS**<br><br>Date: November 19, 2010<br>Time: 9:00 a.m.<br>Courtroom 3, 5th floor |

Pursuant to N.D. Cal. Civil L.R. 6-1(b) and 6-2, Defendants Wachovia Mortgage, FSB; Wachovia Bank, FSB and Golden West Financial Corporation ("Defendants") and Plaintiffs Mark Chaney, Gloria Chaney, and Terry L. Costello ("Plaintiffs") (collectively, "Parties") jointly submit this Stipulated Request and [Proposed] Order Postponing Hearing on

Defendants' Motion to Dismiss Plaintiffs Mark Chaney, Gloria Chaney, and Terry L. Costello's Complaint (collectively, the "Motions").

The Parties jointly request the Court remove the presently scheduled November 19, 2010 hearing from the Court's calendar in light of the Court's currently scheduled hearing on motions in the *Mandrigues* Action. Motions regarding the Truth in Lending Act claim raised in *Mandrigues* are currently scheduled to be heard on October 28, 2010. As similar claims are raised in this action, the Parties suggest it would be helpful for the resolution of this case to stay further proceedings on this action until after resolution of the *Mandrigues* motions. The Parties will jointly submit to the Court promptly thereafter a proposed new briefing and hearing schedule for the Motions or a proposed schedule for alternative proceedings. *See* Declaration of Daniel O. Myers In support of Stipulated Request To Postpone Hearing on Defendants' Motions to Dismiss, at ¶2.

This is the Parties' first request to alter the briefing and hearing schedule for the Motion, and there have been no other instances when the Parties have modified the Court's schedule. Id. at ¶3. The Parties do not anticipate that this modification will have any significant impact on the schedule for this MDL proceeding. Id. at ¶4.

DATED: September 20, 2010            /s/ Dan Myers
                                     *Signatory concurs in the filing of this document*
                                     RICHARDSON PATRICK WESTBROOK &
                                     BRICKMAN LLC
                                     Daniel O. Myers (SC Bar No. 15854)
                                     *Admitted Pro Hac Vice
                                     1037 Chuck Dawley Blvd., Building A.
                                     Mount Pleasant, SC  29464
                                     Telephone: 843.727.6579;
                                     Fax: 843.216.6500
                                     dmyers@rpwb.com

                                     **Attorneys for Plaintiffs**

1
2
3
4
5
6
7
8

**Chaney, Chaney and Costello**
/s/ Jack Nelson
Jack R. Nelson (SBN 111863)
jnelson@reedsmith.com
Theodore T. Ting (SBN 191163)
tting@reedsmith.com
Keith Yandelll (SBN 233146)
kyandell@ReedSmith.com
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94120-7936
Telephone: 415.543.8700; Fax: 415.391.8269
**Attorneys for Defendants**

# **ORDER**

Pursuant to the stipulated request of the parties, this Court orders that the currently scheduled hearing date of November 19, 2010 for the Motion is hereby VACATED. The Parties shall submit a proposed new schedule for proceedings in these actions after resolution of the motions in the *Mandrigues* action currently scheduled to be heard on October 28, 2010.

Dated: 10/7/10

_____
District Judge Jeremy Fogel
United States District Court
Northern District of California

# **CERTIFICATE OF SERVICE**

I hereby certify that on September 20, 2010, I electronically filed the foregoing STIPULATED REQUEST AND [PROPOSED] ORDER POSTPONING HEARING OF DEFENDANTS WACHOVIA MORTGAGE, FSB, WACHOVIA BANK, FSB AND GOLDEN WEST FINANCIAL CORPORATION'S MOTION TO DISMISS, DECLARATION OF DANIEL MYERS IN SUPPORT OF STIPULATED REQUEST TO POSTPONE HEARING OF DEFENDANTS WACHOVIA MORTGAGE, FSB, WACHOVIA BANK, FSB AND GOLDEN WEST FINANCIAL CORPORATION'S MOTION TO DISMISS and this Certificate of Service with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Respectfully submitted,

DATED: September 20, 2010
/s/ Daniel O. Myers
Daniel O. Myers (SC Bar No. 15854)
RICHARDSON, PATRICK,
WESTBROOK & BRICKMAN, LLC
1037-A Chuck Dawley Blvd.
Mt. Pleasant, South Carolina 29464
Telephone:  (843) 727-6500
Facsimile:   (843) 216-6509
dmyers@rpwb.com

CASE NO. M:09-cv-02015-JF

**CERTIFICATE OF SERVICE**

# Mailing Information for a Case 5:09-md-02015-JF

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Alicia Anne Adornato**
  AAdornato@reedsmith.com,aadornato@reedsmith.com,kellis@reedsmith.com

- **David M. Arbogast**
  darbogast@law111.com,davidarbogast@adelphia.net

- **Mark Baller**
  markballer@gmail.com

- **Jeffrey K Berns**
  jberns@law111.com,steven.bronson@gmail.com,staff@law111.com,jeffberns@aol.com

- **Mark B Bierbower**
  mbierbower@hunton.com

- **Steven Michael Bronson**
  steven.bronson@gmail.com

- **Evan Dean Buxner**
  buxner@walther-glenn.com

- **Kathryn Stacie Corbett**
  scorbett@hunton.com

- **Tracy Thomas Cottingham , III**
  tcottingham@winston.com,TTannis@winston.com,AGroves@winston.com,SHinson@winston.com,AKinkade@winston.com

- **Mark R. Cuker**
  mcuker@wcblegal.com

- **BARRY RODNEY DAVIDSON**
  bdavidson@hunton.com

- **WILLIAM H GARVIN , III**
  wgarvin@garvinlawfirm.com

- **Eric Marc George**
  egeorge@bwgfirm.com,cbonilla@bwgfirm.com

- **Frank W Gibbes**
  fgibbes@hunton.com

- **E David Hoskins**
  dhoskins@hoskinslaw.com

- **Luciona Johnson**
  lujohnson@winston.com

- **Brian Stephen Kabateck**
  bsk@kbklawyers.com

- **Jack M. Knight , Jr**
  jknight@winston.com

- **DANIEL OAKES MYERS**
  dmyers@rpwb.com

- **Catherine H McElveen**
  kmcelveen@rpwb.com

- **Jack R. Nelson**
  jnelson@reedsmith.com,cahunt@reedsmith.com

- **Michael J. Quirk**
  mquirk@wcblegal.com

- **Andrew Hoyt Rowell , III**
  hrowell@rpwb.com

- **REBECCA SCHORE**
  rschore@lsnj.org

- **Christopher A. Seeger**
  cseeger@seegerweiss.com,Dmora@seegerweiss.com,jgrand@seegerweiss.com

- **Jonathan Shub**
  jshub@shublaw.com,lgriffith@seegerweiss.com,kwickline@seegerweiss.com

- **Gerson Harry Smoger**
  jessicatexasinjurylaw@gmail.com,markballer@gmail.com,tiamaht@texasinjurylaw.com

- **Reginald Von Terrell**
  reggiet2@aol.com

- **Robert S Wood**
  bwood@rpwb.com

- **Keith David Yandell**
  kyandell@reedsmith.com,dkelley@reedsmith.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Stacie C. Knight
Winston & Strawn LLP
214 N. Tryon Street
Charlotte, NC 28202
```