**E-Filed 4/14/2011**

ARBOGAST & BERNS LLP
Jeffrey K. Berns (SBN 131351)
David M. Arbogast (SBN 167571)
6303 Owensmouth Avenue, 10th Floor
Woodland Hills, CA  91367-2263
Tel:  818.961.2000 -- Fax 818.936.0232
Email:  jberns@law111.com
darbogast@law111.com

Attorneys for Plaintiffs and all others
Similarly Situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| IN RE:  WACHOVIA CORP. "PICK-A-PAYMENT" MORTGAGE MARKETING AND SALES PRACTICES LITIGATION<br><br>This Document Relates to:<br>All Actions | Case No. M:09-CV-2015-JF<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF TO EXCEED THE APPLICABLE PAGE LIMITATION |

The Court having read and considered Plaintiffs' unopposed request for administrative relief to exceed the otherwise applicable page limitation of 25 pages imposed by Local Rule 7-2(b), and finding good cause therefore,

IT IS HEREBY ORDERED that Plaintiffs are permitted to file a Memorandum of Points and Authorities of up to 40 pages in support of their Motion for Final Approval of Class Action Settlement.

Dated:  April 14, 2011

_____
Hon. Jeremy Fogel
United States District Judge