| | |
|---|---|
| 1 | Jack R. Nelson (SBN 111863) |
|   | jnelson@reedsmith.com |
| 2 | David De Jesus (SBN 173263) |
|   | ddejesus@reedsmith.com |
| 3 | Alicia A. Adornato (SBN 254228) |
|   | aadornato@reedsmith.com |
| 4 | REED SMITH llp |
|   | 101 Second Street, Suite 1800 |
| 5 | San Francisco, CA  94105 |
|   | Telephone:     +1 415 543 8700 |
| 6 | Facsimile:       +1 415 391 8269 |

T. Thomas Cottingham, III *(admitted pro hac vice)*
tcottingham@winston.com
Stacie C. Knight *(admitted pro hac vice)*
sknight@winston.com
WINSTON & STRAWN llp
214 North Tryon Street
Charlotte, NC 28202-1078
Telephone:     +1 704 350 7700
Facsimile:       +1 704 350 7800

Attorneys for Defendants
Wachovia Mortgage, FSB, Wachovia Bank, FSB,
and Golden West Financial Corporation

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE: WACHOVIA CORP. "PICK-A-PAYMENT" MORTGAGE MARKETING AND SALES PRACTICES LITIGATION | Case No. M:09-cv-2015-JF |
| | **CERTIFICATE OF SERVICE** |
| This document relates to: | |
| | Honorable Jeremy Fogel |
| *ALL CASES* | |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is REED SMITH LLP, 101 Second Street, Suite 1800, San Francisco, CA 94105-3659. On April 27, 2011, I served the following document(s) by the method indicated below:

**DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MARCELLA M. ROSE'S MOTION TO INTERVENE;**

**DECLARATION OF MICHAEL J. DOLAN IN SUPPORT OF DEFENDANTS' OPPOSITION TO MARCELLA M. ROSE'S MOTION TO INTERVENE;**

**DEFENDANTS' OPPOSITION TO OBJECTOR MICHAEL HARGETT'S MOTION FOR ORDER TO COMPEL APPEARANCE OF CORPORATE REPRESENTATIVE**

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

Adriana Dominguez
Consumer Protection
Legal Services Inc
2911 South Bristol Street
Santa Ana, CA 92704-6205

Patricia S. Jimenez
17019 Limetree Lane
Riverside, CA 92502

Stacie C. Knight
Winston & Strawn LLP
214 N. Tryon Street
Charlotte, NC 28202

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on April 27, 2011, at San Francisco, California.

   */s/ Karen Ellis*
   Karen Ellis