Jack R. Nelson (SBN 111863)
jnelson@reedsmith.com
David De Jesus (SBN 173263)
ddejesus@reedsmith.com
Alicia A. Adornato (SBN 254228)
aadornato@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA  94105
Telephone:     +1 415 543 8700
Facsimile:      +1 415 391 8269

T. Thomas Cottingham, III *(admitted pro hac vice)*
tcottingham@winston.com
Stacie C. Knight *(admitted pro hac vice)*
sknight@winston.com
WINSTON & STRAWN LLP
214 North Tryon Street
Charlotte, NC 28202-1078
Telephone:     +1 704 350 7700
Facsimile:      +1 704 350 7800

Attorneys for Defendants
WACHOVIA MORTGAGE, FSB, WACHOVIA
BANK, FSB, AND GOLDEN WEST
FINANCIAL CORPORATION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| IN RE: WACHOVIA CORP. "PICK-A-PAYMENT" MORTGAGE MARKETING AND SALES PRACTICES LITIGATION<br><br>This document relates to:<br><br>*ALL CASES* | Case No. M:09-cv-2015-JF<br><br>**SECOND SUPPLEMENTAL DECLARATION OF MICHAEL J. DOLAN IN SUPPORT OF FINAL APPROVAL OF SETTLEMENT AND IN RESPONSE TO CERTAIN OBJECTIONS**<br><br>Hearing Date:   April 29, 2011<br>Time:                 9:00 a.m.<br>Place:                Courtroom 3<br>Judge:               Hon. Jeremy Fogel |

I, Michael J. Dolan, declare:

1. I have been employed by Wachovia Mortgage, a division of Wells Fargo Bank, N.A.'s ("Wells Fargo") Home Preservation Department since September 2009. Prior to the Wells Fargo & Company/Wachovia Corporation merger, I was a Vice President in the Portfolio Retention Department at Wachovia Mortgage Corporation ("Wachovia"), and, prior to that, a Vice President of Loan Services at World Savings Bank, FSB ("World"). I started working for World in 1984, and during my 23 years at World and Wachovia, I held various positions in the Financial Planning, Mergers and Acquisitions, and Loan Services divisions. My former job duties at World included conducting portfolio analysis, such as tracking payoffs, customer retention, forecasting, and originations. My duties also included tracking and forecasting deferred interest for the legacy loan programs Wells Fargo inherited from Wachovia and World, including World's Pick-a-Payment ("PAP") loan program. In performing these duties, I regularly accessed the payoff and account information system used by the Loan Services Department.

2. As part of my current duties, I serve as the Wells Fargo "point person" in connection with the Settlement Agreement in this matter. In this role, I am involved in the day-to-day administration of the Settlement Agreement. As part of these duties and in connection with my employment in the Home Preservation Department, I am intimately familiar with the mechanics of the Home Affordable Modification Program ("HAMP") and Wells Fargo's MAP2R program, which is being offered pursuant to the Settlement Agreement. I also am familiar with Wells Fargo's business practices and business records, particularly as they relate to Pick-a-Payment loan portfolio. I make this declaration of my own knowledge and, where indicated, from my review of Wells Fargo's business records. If called as a witness, I could and would testify competently to the matters set forth herein.

3. The purpose of this Declaration is to supplement the information contained in my April 25, 2011 declaration, where I explained that, since the date of preliminary approval of the Settlement Agreement, December 16, 2010, World Savings Bank, FSB, now known as Wachovia Mortgage, a division of Wells Fargo Bank, N.A. ("Wachovia Mortgage") has not pursued or

1 obtained a deficiency judgment in connection with a foreclosure proceeding on any Settlement Class
2 Member's Pick-a-Payment loan.

3     4. To the best of my knowledge, Wachovia Mortgage did not pursue or obtain any
4 deficiency judgments in connection with foreclosure proceedings on any Settlement Class Members'
5 Pick-a-Payment loans during calendar year 2010.

6     5. As a general business practice, Wachovia Mortgage does not pursue deficiency
7 judgments in connection with foreclosure proceedings involving Pick-a-Payment loans secured by
8 the borrower's primary residence.

9     6. Because Wachovia Mortgage generally does not pursue deficiency judgments in
10 connection with foreclosure proceedings involving Pick-a-Payment loans secured by the borrower's
11 primary residence, to the best of my knowledge, Wachovia Mortgage does not sell any such
12 deficiency judgments to third-party debt collection agencies.

13 I declare under penalty of perjury that the foregoing is true and correct.
14 Executed this _27th_ day of April 2011 in San Francisco, California.

Michael J. Dolan

SECOND SUPPLEMENTAL DECLARATION OF MICHAEL J. DOLAN

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing **SECOND SUPPLEMENTAL DECLARATION OF MICHAEL J. DOLAN IN SUPPORT OF FINAL APPROVAL OF SETTLEMENT AND IN RESPONSE TO CERTAIN OBJECTIONS** was served via the Court's electronic filing system upon all counsel of record.

DATED: April 27, 2011

                                              s/ Jack R. Nelson

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is REED SMITH LLP, 101 Second Street, Suite 1800, San Francisco, CA 94105-3659. On April 27, 2011, I served the following document(s) by the method indicated below:

**SECOND SUPPLEMENTAL DECLARATION OF MICHAEL J. DOLAN IN SUPPORT OF FINAL APPROVAL OF SETTLEMENT AND IN RESPONSE TO CERTAIN OBJECTIONS**

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

Adriana Dominguez
Consumer Protection
Legal Services Inc
2911 South Bristol Street
Santa Ana, CA 92704-6205

Patricia S. Jimenez
17019 Limetree Lane
Riverside, CA 92502

Stacie C. Knight
Winston & Strawn LLP
214 N. Tryon Street
Charlotte, NC 28202

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on April 27, 2011, at San Francisco, California.

/s/ Karen Ellis
Karen Ellis

Certificate of Service