# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

IN RE: WACHOVIA CORP.
"PICK-A-PAYMENT' MORTGAGE
MARKETING AND SALES
PRACTICES LITIGATION


This Document Relates to:
All Actions:

Case No. M:09-CV-2015-JF

~~PROPOSED~~ ORDER GRANTING
MICHELLE LANFEAR'S MOTION
FOR LEAVE TO "OPT OUT" OF THE
CLASS ACTION SETTLEMENT

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

IN RE: WACHOVIA CORP.                    Case No. M:09-CV-2015-JF
"PICK-A-PAYMENT' MORTGAGE
MARKETING AND SALES
PRACTICES LITIGATION

### ORDER GRANTING MICHELLE LANFEAR'S UNOPPOSED
### MOTION FOR LEAVE TO "OPT OUT" OF CLASS ACTION SETTLEMENT

Came on to be heard the 29th day of April 2011, Michelle Lanfear's Motion for Leave to "Opt Out" of the Class Action Settlement.

The Court having read and considered, Settlement B Class Member, Michelle Lanfear's Motion to Opt Out of the Class Action Settlement and hearing no objection from any party or settlement class member and finding good cause therefore states,

IT IS HEREBY ORDERED that Michelle Lanfear's Motion to Opt Out of the Class Action Settlement is HEREBY GRANTED and Michelle Lanfear is released from the Class and permitted to pursue any and all legal and timely claims, if any, against the Plaintiffs' in any Court deemed proper.

Dated: 6/8/11

_____
Hon. Jeremy Fogel
United States District Judge

**LAW OFFICE OF MICHELLE S. LANFEAR**
Michelle S. Lanfear (Texas SBN 00784444)
1100 N.E.Loop 410, Suite 550
San Antonio, Texas 78209
210-366-4949 - telephone
210-979-6804 - facsimile
michelle@lanfearlaw.com

Settlement Class B Member

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| IN RE: WACHOVIA CORP. "PICK-A-PAYMENT' MORTGAGE MARKETING AND SALES PRACTICES LITIGATION | Case No. M:09-CV-2015-JF **CERTIFICATE OF SERVICE** |
| This Document Relates to: All Actions | |

**<u>Via Facsimile 704-350-7700</u>**
T. Thomas Cottingham, III
**Winston & Strawn L.L.P**
214 North Tryone Street, Suite 2200
Charlotte, NC 28202

**<u>Via Facsimile 415-391-8269</u>**
Jack R. Nelson
**REED & SMITH L.L.P.**
101 Second Street, Suite 1800
San Fransisco, CA 94105

**<u>Class Counsel</u>**

**<u>Via Facsimile 818-936-0232</u>**
Jeffery K. Berns
David M. Arbogast
**ARBOGAST & BERNS L.L.P.**
6303 Owensmouth Avenue, 10th Floor
Woodland Hills, CA 91367