IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| IN RE: : <br> : <br> WACHOVIA CORP. : <br> "PICK-A-PAYMENT" MORTGAGE : <br> MARKETING AND SALES : <br> PRACTICES LITIGATION : <br> : <br> : | Case No. 5:09-md-02015-JF |

## [PROPOSED] ORDER GRANTING MARY LOTITO'S UNOPPOSED MOTION FOR EXCLUSION FROM THE CLASS ACTION SETTLEMENT

The court having read and considered the motion of proposed Settlement Class B Member, Mary Lotito, for exclusion from the Class Action Settlement, and no objection from any party or settlement class member having been heard, and the Court finding good cause for the requested relief,

IT IS HEREBY ORDERED that Mary Lotito's Motion for exclusion from the Class Action Settlement is HEREBY GRANTED and Mary Lotito is released from the Class and permitted to pursue any and all legal and timely claims, if any, against the Plaintiffs in any court deemed proper.

Dated    June 24, 2011
         San Jose, California

Hon. Jeremy Fogel
United States District Judge