**E-Filed 8/26/2011**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE WACHOVIA CORPORATION "PICK-A-PAYMENT" MORTGAGE MARKETING AND SALES PRACTICES LITIGATION. | Case Number 5:09-md-02015-JF (PSG) <br><br> ORDER SETTING DEADLINE FOR MARCELLA ROSE TO POST APPEAL BOND |

On August 18, 2011, this Court issued an order granting in part Plaintiffs' motion for an order requiring Marcella Rose to post an appeal bond, and directing Ms. Rose to post such bond in the amount of $15,000. Ms. Rose further is directed to post such bond on or before September 26, 2011.

IT IS SO ORDERED.

DATED:  8/26/2011

_____
JEREMY FOGEL
United States District Judge