FILED

AUG 30 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

In re: WACHOVIA CORP. "PICK-A-PAYMENT" MORTGAGE MARKETING AND SALES PRACTICES LITIGATION,

DOLORES MANDRIGUES; et al.,

Plaintiffs - Appellees,

v.

MARCELLA M. ROSE,

Objector - Appellant,

v.

WORLD SAVINGS, INC.; et al.,

Defendants - Appellees.

No. 11-16507

D.C. No. 5:09-md-02015-JF
Northern District of California, San Jose

ORDER

Appellant's motion to dismiss this appeal is granted. Fed. R. App. P. 42(b).

The parties shall bear their own costs on appeal.

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT:

By: Peter W. Sherwood
Circuit Mediator

PWS/Mediation