Daniel L. Casas, Esq. (SBN 116528)
Anthony F. Basile, Esq. (SBN 247409)
CASAS RILEY & SIMONIAN, LLP
One First Street, Suite 2
Los Altos, CA 94022
(650) 948-7200
(650) 948-7220 FAX

Attorneys for Class Member,
Stephen Joseph

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IN RE: WACHOVIA CORP. "PICK-A-PAYMENT" MORTGAGE MARKETING AND SALES PRACTICES LITIGATION | Case No.: M:09-CV-2015-JF<br><br>**EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER** |

Class Member Stephen Joseph, through his attorneys of record, request the issuance of a temporary restraining order: (1) postponing the foreclosure sale of the real property commonly known as 1001 Godetia Drive, City of Woodside, County of San Mateo, California, Assessor's Parcel Number 068-302-090-3; (2) compelling production to class member Stephen Joseph the data used by Defendants to perform the Net Present Value (NPV) test described in the Agreement and Stipulation of Settlement of Class Action and which formed the basis for Defendants' denial of Mr. Joseph's loan modification request; and (3) ordering an *in camera* review of the analysis Defendants performed resulting in denial of Mr. Joseph's loan modification request.

//
//
//
//

Casas Riley & Simonian, LLP
One First Street, Suite 2
Los Altos, CA 94022
(650) 948-7200

M:09-CV-2015-JF
EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER
1

This Motion is made pursuant to Federal Rules of Civil Procedure Rule 65, Local Rule 65-1, the attached points and authorities, the declarations of Anthony F. Basile, Esq. and Jo Buchanan, and the files and records in this action.

Respectfully submitted,

Dated: September 13, 2011　　　　　　　CASAS RILEY & SIMONIAN, LLP

By: __/s/ Daniel L. Casas, Esq._____
　　Daniel L. Casas
　　Anthony F. Basile
　　Attorneys for Class Member
　　Stephen Joseph

Casas Riley & Simonian, LLP
One First Street, Suite 2
Los Altos, CA 94022
(650) 948-7200

M:09-CV-2015-JF
EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER
2