Daniel L. Casas, Esq. (SBN 116528)
Anthony F. Basile, Esq. (SBN 247409)
CASAS RILEY & SIMONIAN, LLP
One First Street, Suite 2
Los Altos, CA 94022
(650) 948-7200
(650) 948-7220 FAX

Attorneys for Class Member,
Stephen Joseph

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IN RE: WACHOVIA CORP. "PICK-A-PAYMENT" MORTGAGE MARKETING AND SALES PRACTICES LITIGATION | Case No.: M:09-CV-2015-JF<br><br>**[proposed] ORDER** |

To Defendants:

YOU (AND EACH OF YOU) ARE HEREBY ORDERED TO SHOW CAUSE at _____ (time) on _____ (date), or as soon thereafter as counsel may be heard in the courtroom of the Honorable _____, located at 280 South First Street, San Jose, California, why you, your agents, servants, employees and attorneys and those in active concert or participation with you or them, should not be restrained and enjoined from (1) foreclosing by Trustee's Sale upon the real property commonly known as 1001 Godetia Drive, City of Woodside, County of San Mateo, California, Assessor's Parcel Number 068-302-090-3; (2) producing to class member STEPHEN JOSEPH the data used by Defendants to perform the Net Present Value (NPV) test described in the Agreement and Stipulation of Settlement of Class Action and which formed the basis for Defendants' denial of Mr. Joseph's loan modification request; and (3) an *in camera* review of the analysis Defendants performed resulting in denial of Mr. Joseph's loan modification request.

PENDING HEARING on the above Order to Show Cause, you, your agents,

Casas Riley & Simonian, LLP
One First Street, Suite 2
Los Altos, CA 94022
(650) 948-7200

M:09-CV-2015-JF
ORDER
1

1 servants, employees and attorneys and all those in active concert or participation with you
2 or them ARE HEREBY RESTRAINED AND ENJOINED from foreclosing by Trustee's Sale
3 upon the real property commonly known as 1001 Godetia Drive, City of Woodside, County
4 of San Mateo, California, Assessor's Parcel Number 068-302-090-3.
5     The above Temporary Restraining Order is effective immediately.  Plaintiff shall file
6 an undertaking in the sum of $_____ within ___ days of the date of this Order.  This
7 Order to Show Cause and supporting papers must be served on Defendants no later than
8 ___ days before the date set for hearing, and proof of service shall be filed no later than
9 ___ court days before the hearing.  Any response or opposition to this Order to Show
10 Cause must be filed and personally served on Plaintiff's counsel no later than ___ days
11 before the date set for hearing, and proof of service shall be filed no later than ___ court
12 days before the hearing.
13     IT IS SO ORDERED.
14
15 Dated: September ___, 2011        _____
16                                                      United States District Court Judge
17
18
19
20
21
22
23
24
25
26
27
28

Casas Riley & Simonian, LLP
One First Street, Suite 2
Los Altos, CA 94022
(650) 948-7200

M:09-CV-2015-JF
ORDER
2