**E-filed 9/15/2011**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE WACHOVIA CORPORATION "PICK-A-PAYMENT" MORTGAGE MARKETING AND SALES PRACTICES LITIGATION. | Case No. 5:09-md-02015-JF<br><br>ORDER CONDITIONALLY GRANTING IN PART APPLICATION FOR TEMPORARY RESTRAINING ORDER; AND SETTING HEARING DATE |

Class member Stephen Joseph ("Joseph") seeks a temporary restraining order ("TRO"): (1) postponing the foreclosure sale of his home, currently set for September 16, 2011; (2) compelling Defendants to produce the data used to perform the Net Present Value ("NPV") test that formed the basis for Defendants' denial of his application for loan modification; and (3) ordering an in camera review of the NPV analysis. Defendants oppose the application.

The application for TRO is hereby CONDITIONALLY GRANTED IN PART:

(1) The foreclosure sale of the subject property, commonly known as 1001 Godetia Drive, City of Woodside, County of San Mateo, California, Assessor's Parcel Number 068-302-090-3, is hereby enjoined and restrained until 5:00 p.m. on September 23, 2011 or until further order of the Court;

(2) This order is conditioned upon Joseph's posting with the Clerk of the Court, not later than 10:00 a.m. on September 16, 2011, an undertaking in the amount of $17,500, which represents ten percent of the amount Joseph is in arrears with respect to his mortgage loan;

(3) A hearing on this matter is set for 9:00 a.m. on September 23, 2011; and

(4) The parties may submit supplemental briefing addressing the appropriate valuation of the property and any other relevant issues.

The Court notes that although it ultimately may be determined that Defendants have the legal right to foreclose upon the property, one of the primary purposes of the settlement is to permit individuals who are willing and able to bring their loans current to do so, as long as that is done in a manner that also is fair to Defendants. The Court expects the parties to approach the instant dispute in this spirit. Based upon the present record, the Court would be inclined to extend injunctive relief for an additional thirty-day period to afford the parties an opportunity to work out a loan modification before any further orders are made.

IT IS SO ORDERED.

DATED: 9/15/2011

_____
JEREMY FOGEL
United States District Judge