**E-filed 9/16/2011**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE WACHOVIA CORPORATION "PICK-A-PAYMENT" MORTGAGE MARKETING AND SALES PRACTICES LITIGATION. | Case No. 5:09-md-02015-JF<br><br>ORDER CLARIFYING CONDITION FOR TEMPORARY RESTRAINING ORDER |

On September 15, 2011, the Court issued a temporary restraining order conditioned upon the posting of an undertaking in the amount of $17,500 by Stephen Joseph ("Joseph"). In response to an inquiry by Joseph, the Court hereby CLARIFIES that the undertaking may be in the form of a cashier's check in lieu of a bond.

IT IS SO ORDERED.

DATED: 9/16/2011

_____
JEREMY FOGEL
United States District Judge