**E-filed 9/23/2011**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE WACHOVIA CORPORATION "PICK-A-PAYMENT" MORTGAGE MARKETING AND SALES PRACTICES LITIGATION. | Case No. 5:09-md-02015-JF<br><br>ORDER EXTENDING TEMPORARY RESTRAINING ORDER THROUGH OCTOBER 7, 2011 |

On September 15, 2011, the Court issued a temporary restraining order ("TRO") enjoining the bank from conducting a foreclosure sale of class member Stephen Joseph's home. Pursuant to the discussion held on the record at the hearing on September 23, 2011, the TRO is extended through midnight on October 7, 2011.

IT IS SO ORDERED.

DATED: 9/23/2011

_____
JEREMY FOGEL
United States District Judge