# EXHIBIT A

# ReedSmith

Reed Smith LLP
101 Second Street
Suite 1800
San Francisco, CA 94105-3659
+1 415 543 8700
Fax +1 415 391 8269
reedsmith.com

**Jack R. Nelson**
Direct Phone: +1 415 659 5988
Email: jnelson@reedsmith.com

27 September 2011

**By Electronic Mail (dcasas@legalteam.com) and U.S. Mail**

Daniel L. Casas
Casas Riley & Simonian LLP
One First Street, Suite 2
Los Altos, CA 94022

**Re: Stephen Joseph/1001 Godetia Drive**

Dear Mr. Casas:

We received your letter of last Friday afternoon reiterating the proposal that you made on behalf of Mr. Joseph during the hearing before Judge Fogel on Friday morning. As I informed the Court at the hearing, Wells Fargo Bank believes Mr. Joseph's proposal is inadequate. In accordance with your request for a counter-proposal for a reinstatement payment plan to accommodate Mr. Joseph, the following conditions are those which the Bank will accept:

1. The present amount required to reinstate the loan is $189,288.66. (This is updated from the reinstatement amount for July set forth in Mr. Dolan's Declaration.) As of July 15, 2011, the required minimum monthly payment of principal and interest on the loan is $9,128.84. The first installment of 2011 property taxes, which will be approximately $10,000.00, will fall due in early December. Thus, by early December the total amount due on the loan for reinstatement plus property taxes will be approximately $225,000.

2. To accommodate Mr. Joseph the Bank will modify the loan to permit a reinstatement over time, instead of in one lump sum, by accepting three (3) installment payments from Mr. Joseph of $75,000.00. Payments will be due by the close of business on September 30, October 31 and November 30, 2011.

3. In addition, by no later than October 7, 2011, Mr. Joseph must provide the Bank with proof that he has obtained and paid for fire and hazard insurance on the property with limits of liability sufficient to fully protect the Bank's secured interest in the subject property.

4. Upon receipt of the first installment payment of $75,000 on September 30, the Bank will postpone the foreclosure sale of the property to a date no earlier than November 4, 2011. Upon receipt of the second installment payment of $75,000 on October 31, the Bank will postpone the foreclosure sale of the property to a date no earlier than December 5, 2011. Upon receipt of the final installment payment of $75,000 on November 30, the Bank will cancel the foreclosure sale of the property.

Daniel L. Casas  
Casas Riley & Simonian LLP

26 September 2011  
Page 2

5. Mr. Joseph will resume making his regular minimum monthly payment on January 1, 2012.

6. The Bank will pay the first installment of 2011 property taxes in full on or before its final due date. Mr. Joseph is to pay the second installment of 2011 property taxes in full on or before its final due date.

7. In exchange for this modification of the loan by the Bank, Mr. Joseph waives any rights that he might otherwise believe he has to any loan modification under the Settlement Agreement, including but not limited to Section VI.G of the Settlement Agreement.

This offer will remain open until September 30, 2011 at 5 pm PDT.

Very truly yours

Jack R. Nelson

JRN:ch