**E-filed 10/7/2011**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE WACHOVIA CORPORATION "PICK-A-PAYMENT" MORTGAGE MARKETING AND SALES PRACTICES LITIGATION. | Case No. 5:09-md-02015-JF<br><br>ORDER EXTENDING TEMPORARY RESTRAINING ORDER THROUGH OCTOBER 13, 2011 |

On September 15, 2011, the Court issued a temporary restraining order ("TRO") enjoining the bank from conducting a foreclosure sale of class member Stephen Joseph's home. Subsequently, the Court extended the TRO through October 7, 2011. On October 7, 2011, Joseph filed supplemental briefing and evidence raising serious allegations with respect to Defendants' business practices and compliance with the settlement agreement. Defendants shall file a response on or before October 10, 2011. The TRO is extended through midnight on October 13, 2011 to afford the Court an opportunity to evaluate the new evidence before determining whether further injunctive relief is warranted.

IT IS SO ORDERED.

DATED: 10/7/2011

_____
JEREMY FOGEL
United States District Judge