IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| IN RE: WACHOVIA CORPORATION ) <br> "PICK-A PAYMENT" ) <br> MORTGAGE MARKETING AND ) <br> SALES PRACTICES LITIGATION ) <br> ) | Case No. 5:09-md-02015-JF |

## MOTION FOR OPT OUT OF CLASS ACTION SETTLEMENT

MICHAEL SCOTT D'ANTUONO, property owner at 6020 Dogwood Way, Naples FL 34116, and subject loan number 0045982212 for a loan originated on MAY 17, 2007, makes this motion to the Court for his constitutional right to opt out of the settlement in this case, and in support of this motion declares as follows:

1. California has no personal jurisdiction over me or my property in the State of Florida.

2. I was not properly notified of the action.

3. I recently became aware of this action upon receipt of a check which I have not cashed a copy of which is attached hereto. **SEE** ATTACHED EXHIBIT A.

4. Upon receipt of that check I researched this case and found the closing date for opt out was March 2011.

5. I respectfully request that the Court, under standards of excusable neglect and my constitutional right grant this motion for opt out of the settlement as

1

it severely prejudices my rights to defend my home which is in foreclosure in Florida.

6. There is a controversy as to the facts of whether Wells Fargo Bank, Wachovia Bank, or World Savings Bank even own this loan as the foreclosure complaint states they do not possess ANY ORIGINAL LOAN DOCUMENTS. <u>SEE</u> ATTACHED EXHIBIT B

7. If necessary I request a hearing on this matter.

**WHEREFORE, Michael Scott D'Antuono** requests that this Court grant the relief requested herein for the reasons set forth, and for any other and further relief which is just and proper or the Court may deem appropriate.

_____ Date: 10-31-11

Michael Scott D'Antuono

6020 Dogwood Way

Naples FL 32116

Phone:239-821-0640

Email: scottdantuono@gmail.com

2