**BERNS WEISS LLP**
Jeffrey K. Berns, Esq. (SBN 131351)
jberns@law111.com
6303 Owensmouth Ave. 10th Floor
Woodland Hills, CA 91367-2263
Tel.: (818) 961-2000
Fax: (818) 936-0232

and

Lee A. Weiss (admitted *Pro Hac Vice*)
lweiss@bernswiess.com
626 RXR Plaza
Uniondale, New York
Tel.: (516) 222-2900
Fax: (818) 936-0232

*Lead Counsel for Plaintiffs and the Class*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| IN RE: WACHOVIA CORP. "PICK-A-PAYMENT" MORTGAGE MARKETING AND SALES PRACTICES LITIGATION<br><br>This Document Relates to:<br><br>ALL INCLUDED ACTIONS | Case No. **5:09 md-02015-JF**<br><br>Hon. James P. Fogel,<br><br>[PROPOSED] ORDER GRANTING MICHAEL SCOTT D'ANTUONO'S OPT OUT OF CLASS ACTION SETTLEMENT<br><br>Complaint Filed:   August 30, 2007 |

This matter came before the Court for preliminary approval of the Opt Out of Class Action Settlement filed by Class Member Michael Scott D'Antuono ("Class Member") on November 11, 2011.  After reviewing D'Antuono's Motion for Opt Out of Class Action Settlement and being otherwise fully advised,

**IT IS HEREBY ORDERED** as follows:

(1) The Motion for Opt Out from the Class Action Settlement filed by Michael Scott D'Antuono is **GRANTED**.

(2) Michael Scott D'Antuono will be removed from the Class Member list in the above entitled case.

(3) The settlement check returned by Class Member to the Court in the amount of $178.04  shall be returned by mail, to class counsel to the address as follows:

**Jeffrey K. Berns**
**Berns Weiss LLP**
**6303 Owensmouth Avenue, 10th Floor**
**Woodland Hills, CA 91367**

(4) Class Counsel will dispose of previously mentioned settlement check by sending the check to the Settlement Administrator at the following address for cancellation.

**Amy Lake**
**Senior Project Administrator**
**Rust Consulting, Inc.**
**201 S. Lyndale Avenue**
**Faribault MN 55021**

(5) Notice will be provided to Class Member Michael Scott D'Antuono, by mail at the following address:
**Michael Scott D'Antuono**
**6020 Dogwood Way,**
**Naples, FL 32116**

IT IS SO ORDERED

Dated _____, 2011.

_____
United States District Judge

[PROPOSED] ORDER GRANTING MICHAEL D'ANTUONO'S OPT OUT
OF CLASS ACTION SETTLEMENT/Case No. 5:09 MD-02015