1   Jack R. Nelson (SBN 111863)
    Email: jnelson@reedsmith.com
2   David J. De Jesus (SBN 197914)
    Email: ddejesus@reedsmith.com
3   Alicia A. Adornato (SBN 254228)
    Email: aadornato@reedsmith.com
4   REED SMITH LLP
    101 Second Street, Suite 1800
5   San Francisco, CA 94105-3659
    Telephone:  +1 415 543 8700
6   Facsimile:   +1 415 391 8269

7   T. Thomas Cottingham, III (*admitted pro hac vice*)
    tcottingham@winston.com
8   Stacie C. Knight (*admitted pro hac vice*)
    sknight@winston.com
9   WINSTON & STRAWN LLP
    214 North Tryon Street
10  Charlotte, NC 28202-1078
    Telephone:  +1 704 350 7700
11  Facsimile:   +1 704 350 7800

12  Attorneys for Defendants
    Wachovia Mortgage, FSB, Wachovia Bank FSB,
13  and Golden West Financial Corporation

14                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF CALIFORNIA
15                          SAN JOSE DIVISION

16

17  IN RE: WACHOVIA CORP. "PICK-A-            Case No. 5:09-md-2015-JF
    PAYMENT" MORTGAGE MARKETING AND           ORDER APPROVING
18  SALES PRACTICES LITIGATION,               **STIPULATION RE RELEASE OF
                                              UNDTERTAKING FOR TEMPORARY
19  This document relates to:                 RESTRAINING ORDER (1001 GODETIA
                                              DRIVE, WOODSIDE, CALIFORNIA)**
20
                ALL CASES
21                                            Honorable Jeremy Fogel

22

# RECITALS

WHEREAS, borrower Stephen Joseph ("Joseph") is a class member of the settlement class approved on May 17, 2011 in the *In re Wachovia Corp. "Pick-a-Payment" Mortgage Marketing and Sales Practices Litigation*, Case No. 5:09-md-2015-JF ("Pick-a-Payment MDL");

WHEREAS, the Court issued a Temporary Restraining Order preventing Wells Fargo Bank, N.A. ("Wells Fargo") from foreclosing on property located at 1001 Godetia Drive, Woodside, California ("Property") on September 15, 2011 conditioned upon Joseph posting a $17,500 undertaking with the Clerk of the Court ("Undertaking") by 10:00 a.m. on September 16, 2011 ("TRO") in the Pick-a-Payment MDL;

WHEREAS, Joseph timely posted the Undertaking on September 16, 2011;

WHEREAS, following briefing, the Court vacated its TRO on October 18, 2011;

WHEREAS, Wells Fargo foreclosed on the Property on October 19, 2011;

WHEREAS, Wells Fargo agrees to release the Undertaking without seeking any portion of it first for the purpose of assisting Joseph in vacating the Property no later than December 31, 2011 in exchange for the release of the Undertaking;

WHEREAS, Wells Fargo and Joseph recognize that this Stipulation is separate and apart from any other agreement Joseph may have negotiated with Wells Fargo related to vacating the Property.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

## STIPULATION

ACCORDINGLY, Wells Fargo and Joseph, by and through their undersigned counsel of record, hereby stipulate that the Undertaking may be released by the Court and returned to Joseph immediately in recognition of and in exchange for Joseph's agreement to vacate the Property no later than December 31, 2011.

DATED: November 28, 2011          CASAS RILEY & SIMONANIAN, LLP

*/s/ Dan Casas*
Daniel L. Casas (SBN 116528)
Anthony F. Basile (SBN 247409)

Attorneys for Stephen Joseph

DATED: November 30, 2011          REED SMITH LLP

*/s/*
Jack R. Nelson (SBN 111863)
David De Jesus (SBN 173263)
Alicia A. Adornato (SBN 254228)

Attorneys for Defendants

IT IS SO ORDERED.

Dated: 12/20/2011

*/s/ Jeremy Fogel*
JEREMY FOGEL
United States District Judge