NICK JOHN MAKREAS
271 Tulare Drive
San Bruno, CA 94066
(650) 222-4849
No Fax. No E-Mail
In Pro Se



FILED
2012 JAN 23 P 6: 52
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IN RE: WACHOVIA CORP. "PICK-A-PAYMENT MORTGAGE MARKETING AND SALES PRACTICES LITIGATION<br><br>This Document Relates to:<br><br>ALL INCLUDED ACTIONS | Case No. 5:09-md-02015-JF<br><br>REPLY TO DEFENDANT WACHOVIA'S DEFENDANTS' OPPOSITION TO NICK JOHN MAKREAS' MOTION FOR RELIEF FROM CLASS ACTION SETTLEMENT<br><br>The Hon. Jeremy Fogel |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

<u>**REPLY**</u>

Wachovia's counsel asserts through the Declaration of Settlement Administrator that Nick John Makreas (the "Movant") failed to Opt-Out because no record of mail is recorded at

1

# "EXHIBIT A"

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

Postmark Here
NOV 13 2011
USPS

Sent To: Chase (FLS-7735)
Street, Apt. No.; or PO Box No.: PO BOX 44090
City, State, ZIP+4: Jacksonville FL 32231-4090

PS Form 3800, August 2006        See Reverse for Instructions

7010 2780 0000 2787 8575

```
            AIRPORT BRANCH
      SAN FRANCISCO, California
              941289741
           0567830028 -0095
11/13/2011    (800)275-8777    06:10:22 PM
================================================
                Sales Receipt
Product         Sale   Unit          Final
Description     Qty    Price         Price

JACKSONVILLE FL 32231                $0.44
Zone-8 First-Class
Letter
0.60 oz.
Expected Delivery: Thu 11/17/11
Return Rcpt (Green Card)             $2.30
Certified                            $2.85
Label #:       70102780000027878575
                                   ========
Issue PVI:                           $5.59

Total:                               $5.59

Paid by:
Cash                                $10.00
Change Due:                         -$4.41
************************************************
************************************************
BRIGHTEN SOMEONE'S MAILBOX. Greeting cards
available for purchase at select Post
Offices.
************************************************
************************************************

Order stamps at usps.com/shop or call
1-800-Stamp24.  Go to usps.com/clicknship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.
************************************************
************************************************
Get your mail when and where you want it
with a secure Post Office Box. Sign up for
a box online at usps.com/poboxes.
************************************************
************************************************

Bill#: 1000503140948
Clerk: 12

    All sales final on stamps and postage
    Refunds for guaranteed services only
         Thank you for your business
************************************************
************************************************
           HELP US SERVE YOU BETTER

 Go to: https://postalexperience.com/Pos

         TELL US ABOUT YOUR RECENT
              POSTAL EXPERIENCE

            YOUR OPINION COUNTS
************************************************
************************************************

                            Customer Copy
```

# "EXHIBIT A"

English       Customer Service       USPS Mobile                                   Register / Sign In

# USPS.COM

Search USPS.c

Quick Tools              Ship a Package          Send Mail         Manage Your Mail         Shop

# Track & Confirm

PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION |
|---|---|---|---|---|
| 70102780000027878575 | First-Class Mail® | Acceptance | November 13, 2011, 6:10 pm | SAN FRANCISCO, CA 94128 |

## Check on Another Item

What's your label (or receipt) number?



| LEGAL | ON USPS.COM | ON ABOUT.USPS.COM |
|---|---|---|
| Privacy Policy › | Government Services › | About USPS Home › |
| Terms of Use › | Buy Stamps & Shop › | Newsroom › |
| FOIA › | Print a Label with Postage › | Mail Service Updates › |
| No FEAR Act EEO Data › | Customer Service › | Forms & Publications › |
|  | Site Index › | Careers › |

**OTHER USPS SITES**

Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

Copyright© 2012 USPS. All Rights Reserved.

## "EXHIBIT A"

**From:** U.S._Postal_Service_ <U.S._Postal_Service@usps.com>
**To:** CORVETTOY <CORVETTOY@AOL.COM>
**Subject:** U.S. Postal Service Track & Confirm email Restoration - 7010 2780 0000 2787 8575
**Date:** Sun, Jan 22, 2012 1:35 pm

```
This is a post-only message. Please do not respond.

NICK MAKREAS has requested that you receive this restoration information for
Track & Confirm as listed below.

Current Track & Confirm e-mail information provided by the U.S. Postal Service.

Label Number: 7010 2780 0000 2787 8575

Service Type: Certified Mail(TM)

Shipment Activity        Location                                     Date & Time
-------------------------------------------------------------------------------
Acceptance               SAN FRANCISCO CA 94128                       11/13/11  6:10pm

-------------------------------------------------------------------------------

USPS has not verified the validity of any email addresses submitted via its
online Track & Confirm tool.


For more information, or if you have additional questions on Track & Confirm
services and features, please visit the Frequently Asked Questions (FAQs)
section of our Track & Confirm site at http://www.usps.com/shipping/trackandconfirmfaqs.htm
```

## "EXHIBIT A"

# "EXHIBIT B"

```
           SAN BRUNO MAIN POST OFFICE
              SAN BRUNO, California
                     940661599
                 0567830220 -0099
12/07/2011        (800)275-8777        09:33:08 AM
                     Sales Receipt
Product            Sale  Unit           Final
Description        Qty   Price          Price

JACKSONVILLE FL 32231                   $0.44
Zone-8 First-Class
Letter
0.70 oz.
Expected Delivery: Sat 12/10/11
Return Rcpt (Green Card)                $2.30
Certified                               $2.85
Label #:       70102780000027878599
                                      =========
Issue PVI:                              $5.59


Total:                                  $5.59

Paid by:
Cash                                   $10.00
Change Due:                            -$4.41
**********************************************
**********************************************
BRIGHTEN SOMEONE'S MAILBOX. Greeting cards
available for purchase at select Post
Offices.
**********************************************
**********************************************


Order stamps at usps.com/shop or call
1-800-Stamp24.  Go to usps.com/clicknship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.
**********************************************
**********************************************
Get your mail when and where you want it
with a secure Post Office Box. Sign up for
a box online at usps.com/poboxes.
**********************************************
**********************************************


Bill#: 1000100747699
Clerk: 06

     All sales final on stamps and postage
      Refunds for guaranteed services only
            Thank you for your business
**********************************************
**********************************************
            HELP US SERVE YOU BETTER

   Go to: https://postalexperience.com/Pos

          TELL US ABOUT YOUR RECENT
               POSTAL EXPERIENCE

              YOUR OPINION COUNTS
**********************************************
**********************************************


                   Customer Copy
```

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

JACKSONVILLE FL 32231    OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ $0.44 | 0220 |
| Certified Fee | $2.85 | 06 |
| Return Receipt Fee (Endorsement Required) | $2.30 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $5.59 | 12/07/2011 |

Sent To: *Chase (FL5-7735)*
Street, Apt. No.; or PO Box No.: *PO BOX 44090*
City, State, ZIP+4: *Jacksonville FL 32231-4090*

7010 2780 0000 2787 8599

PS Form 3800, August 2006    See Reverse for Instructions

# "EXHIBIT B"

English | Customer Service | USPS Mobile | Register / Sign In

# USPS.COM

Search USPS.c

Quick Tools | Ship a Package | Send Mail | Manage Your Mail | Shop

# Track & Confirm

**PRINT DETAILS**

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION |
|---|---|---|---|---|
| 70102780000027878599 | First-Class Mail® | Dispatched to Sort Facility | December 10, 2011, 6:07 pm | SAN BRUNO, CA 94066 |
| | | Acceptance | December 07, 2011, 9:32 am | SAN BRUNO, CA 94066 |

## Check on Another Item

What's your label (or receipt) number?



**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
Mail Service Updates ›
Forms & Publications ›
Careers ›

Copyright© 2012 USPS. All Rights Reserved.

## "EXHIBIT B"

U.S. Postal Service Track & Confirm email Restoration - 7010 2780 0000 2787 8599

**From:** U.S._Postal_Service_ <U.S._Postal_Service@usps.com>
**To:** CORVETTOY <CORVETTOY@AOL.COM>
**Subject:** U.S. Postal Service Track & Confirm email Restoration - 7010 2780 0000 2787 8599
**Date:** Sun, Jan 22, 2012 1:35 pm

Page 1 of 1

This is a post-only message. Please do not respond.

NICK MAKREAS has requested that you receive this restoration information for Track & Confirm as listed below.

Current Track & Confirm e-mail information provided by the U.S. Postal Service.

Label Number: 7010 2780 0000 2787 8599

Service Type: Certified Mail(TM)

| Shipment Activity | Location | Date & Time |
|---|---|---|
| Dispatched to Sort Facility | SAN BRUNO CA 94066 | 12/10/11  6:07pm |
| Acceptance | SAN BRUNO CA 94066 | 12/07/11  9:32am |

USPS has not verified the validity of any email addresses submitted via its online Track & Confirm tool.

For more information, or if you have additional questions on Track & Confirm services and features, please visit the Frequently Asked Questions (FAQs) section of our Track & Confirm site at http://www.usps.com/shipping/trackandconfirmfaqs.htm

"EXHIBIT B"