**E-Filed 2/17/2012**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IN RE WACHOVIA CORPORATION "PICK-A-PAYMENT" MORTGAGE MARKETING AND SALES PRACTICES LITIGATION. | Case No. 5:09-md-02015-JF<br><br>ORDER DECLINING TO RELATE CASES |

Judge Lucy H. Koh has referred to the undersigned the question of whether *Jerry Putz v. World Savings, Inc., et al.*, Case No. 5:11-cv-05677-LHK, is related to *In Re Wachovia Corporation "Pick-A-Payment" Mortgage Marketing And Sales Practices Litigation*, Case No. 5:09-md-02015-JF, within the meaning of this Court's Civil Local Rules. The undersigned has determined that the two cases are not related.

Defendants in the *Putz* action assert that Mr. Putz is a class member and thus is bound by the settlement entered in the *In Re Wachovia* action. Should Defendants wish to pursue this assertion, they may file a motion to enforce settlement in the *In Re Wachovia* action. Mr. Putz shall file any response within fourteen days after any such motion is filed. Defendants shall file any reply within

1

seven days after a response is filed.  The matter thereafter shall be taken under submission without oral argument unless the parties are advised otherwise by the Court.

    IT IS SO ORDERED.

DATED:  2/17/2012

    _____
JEREMY FOGEL
United States District Judge