1  **ANITA L. STEBURG, ESQ.  (SBN 245933)**
   **STEBURG LAW FIRM**
2  **1798 TECHNOLOGY DRIVE, SUITE 258**
   **SAN JOSE, CA 95110**
3  **Telephone:  (408) 573-1122**
   **Facsimile:    (408) 573-1126**
4
   Attorneys for Plaintiff, Jerry Putz
5

6

7

8                    SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                              COUNTY OF SAN SANTA CLARA

10

11                                              Case No. 5:09-md-2015 JF
    IN RE: WACHOVIA
12  CORPORATION "PICK A                         **DECLARATION OF JERRY PUTZ**
    PAYMENT" MORTGAGE                           **IN SUPPORT OF RESPONSE AND**
13  MARKETING AND SALES                         **OPPOSITION TO MOTION TO**
    PRACTICES LITIGATION,                       **ENFORCE SETTLEMENT**
14                                              **AGREEMENT**
    This document relates to:
15
    *Jerry Putz v. World Savings, Inc., et.*
16  *al.*
    *Case No. 5:11-cv-05677-LHK*
17

18

19      I, Jerry Putz, declare:

20  1.  Each and all the statements made herein are based upon my personal knowledge,
21      except to those matters which are therein alleged on information and belief, and as to
22      those matters, I believe them to be true.  If called as a witness, I could and would
23      competently testify to each and all of the statements made herein.
24  2.  I am a resident of Santa Clara County, California.  The instant action only involves the
25      pick a payment loan on my principal residence.  I have a separate pick a payment loan
26      on another property in Pismo Beach, California that is not a subject of this instant
27      action.  Therefore, I have had three separate pick a payment loans between the two
28      properties.

Page 1

3. I obtained a "pick a payment" loan from World Savings, FSB, predecessor in interest to Wachovia Mortgage, in December 2006. I never understood the manner in which this loan would negatively amortize before obtaining this loan. I also never understood the negative repercussions related to this loan before I obtained it.

4. In late 2006, I had to refinance the 2001 loan. Based upon information provided to me by the agents of World Savings, I was informed that the 5 year prepayment penalty period had not expired. I spoke to World Savings on the phone several times and each person stated the same information when I requested they confirm whether or not I was outside the 5 year period. This information was in error as I was outside of the five year period.

5. Relying on the erroneous information, I had no choice but to refinance with another World Savings pick a payment loan.

6. I have entered into three forbearance agreements with World Savings's successor in interest Wachovia. Upon information and belief, they breached their duties under the forbearance contracts and misapplied or lost a substantial number of payments. Additionally, the lender requested payments above the amounts contemplated in the forbearance agreements.

7. It is my understanding that a class action was brought regarding similar loans. I never received notice of this class action but learned of the class action after speaking with my attorney.

8. If I received a notice regarding the class action settlement, I did not realize what it was.

9. Through my counsel, I requested information regarding the class action settlement and how I could opt-out. To date, Wachovia has not provided me with any information.

10. I filed lawsuit in Santa Clara County which was then moved to the Northern District Court of California, San Jose Division.

11. I have received a check in the amount of $178.04. I did not understand the purpose of the check. I do not want to lose my rights to challenge the unlawful terms of the loan I

obtained from World Savings for a mere $178.04.  I am willing to reimburse the $178.04 funds to Wachovia.

12. I would like to assert my claims for violations of the law against World Savings, including any hearings which may need to be filed to enjoin the foreclosure of my home.

13. I wish to opt-out of the class action settlement.

I swear under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

STEBURG LAW FIRM

Dated: May 19, 2012          /s/ Jerry Putz
                             Jerry Putz