Jack R. Nelson (SBN 111863)
jnelson@reedsmith.com
David De Jesus (SBN 173263)
ddejesus@reedsmith.com
Alicia A. Adornato (SBN 254228)
aadornato@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA  94105
Telephone:    +1 415 543 8700
Facsimile:     +1 415 391 8269

T. Thomas Cottingham, III *(admitted pro hac vice)*
tcottingham@winston.com
Stacie C. Knight *(admitted pro hac vice)*
sknight@winston.com
WINSTON & STRAWN LLP
214 North Tryon Street
Charlotte, NC 28202-1078
Telephone:    +1 704 350 7700
Facsimile:     +1 704 350 7800

Attorneys for Defendants
WACHOVIA MORTGAGE, FSB, WACHOVIA
BANK, FSB, AND GOLDEN WEST
FINANCIAL CORPORATION

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE: WACHOVIA CORP. "PICK-A-PAYMENT" MORTGAGE MARKETING AND SALES PRACTICES LITIGATION<br><br>This document relates to:<br><br><br>*ALL CASES* | Case No. M:09-cv-2015-JF<br><br>~~[PROPOSED]~~ ORDER GRANTING JOINT MOTION FOR REIMBURSEMENT OF EXCESS ADMINISTRATION EXPENSES AND DISTRIBUTION OF UNCLAIMED FUNDS<br><br>Date:        TBD<br>Time:        TBD<br>Courtroom:    3<br><br>Honorable Jeremy Fogel |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

The Parties' Joint Motion for Reimbursement of Excess Administration Expenses and Distribution of Unclaimed Funds was duly presented to the Court. Having considered all of the parties' arguments, good cause appearing therein, and for the reasons set forth in the Motion, the Court orders that the Joint Motion for Reimbursement of Excess Administration Expenses and Distribution of Unclaimed Funds is hereby GRANTED.

Therefore, the Court approves the distribution plan set forth below, and directs that the Settlement Administrator may and shall release the Unclaimed Funds to the Parties, which shall be distributed as set forth below:

First, Defendants will be reimbursed for $1,875,874.24 million in Administration Expenses;

Second, Plaintiffs will distribute $2,560,000 as follows: (a) $1,250,000 To National Consumer Law Center; (b) $1,000,000 to Public Justice; and (c) $310,000 to National Association of Consumer Advocates;

Third, the Defendants will distribute the remaining balance to the following non-profit organizations: NeighborWorks America, National Foundation for Credit Counseling, Alliance for Stabilizing Our Communities, Housing Partnership Network, and the NCRC Housing Counseling Network.

**IT IS SO ORDERED.**

DATED: _____, 2012.

_____
HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT COURT