**E-Filed 8/6/12**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IN RE WACHOVIA CORPORATION, | Case Number 5:09-md-02015-JF (PSG) |
| | CLERKS NOTICE |

To all Parties and Attorneys of Record:

Defendants' Motion to Enforce Settlement Agreement with respect to Jerry Putz (Dkt. entry 326) is set for hearing on October 16, 2012, at 1:00 p.m. before Judge Jeremy Fogel. Please report at that time to Courtroom 3 on the 5th Floor of the U.S. District Court, 280 South First Street, San Jose, California.

DATED: 8/6/12

For the Court
Richard W. Weiking, Clerk

By: _____/s/_____
Snooki Puli
Clerks Office Supervisor