Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FILED 2012 OCT -1 P 2:57

IN RE: WACHOVIA CORP. PICK-A-PAY
MORTGAGE MARKETING AND SALES
PRACTICE LITIGATION )
) Case No: M 09-cv-2015 JF
)
Plaintiff(s), )
OPPOSITION TO WACHOVIA'S MOTION ) APPLICATION FOR
v. TO ENFORCE THE CLASS SETTLEMENT ) ADMISSION OF ATTORNEY
AGREEMENT AGAINST ALBERT DEL ) PRO HAC VICE
SASSO ) (CIVIL LOCAL RULE 11-3)
HONORABLE JEREMY FOGEL )
Defendant(s). )

I, Joshua Bleil, an active member in good standing of the bar of Florida, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Del Sasso & Donna Walsh in the above-entitled action. My local co-counsel in this case is Marvin Pederson, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>600 West Hillsboro Boulevard<br>Suite 220<br>Deerfield Beach, Florida 33441 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>1160 N. Dutton Avenue<br>Suite 150<br>Santa Rosa, California 95401 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>(954) 570-6757 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(707) 544-9444 |
| MY EMAIL ADDRESS OF RECORD:<br>JBleil@legalbrains.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>Pederson@marvlaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 11759.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 9/27/12

_____
Joshua Bleil
APPLICANT

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Joshua Bleil is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: F€D E⊃€FG

_____
UNITED STATES DISTRICT MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER