**BERNS WEISS LLP**
Jeffrey K. Berns (SBN 131351)
jberns@law111.com
20700 Ventura Blvd. Suite 140
Woodland Hills, CA 91364
Telephone: (818) 961-2000
Facsimile: (818) 999-1500

Lee A. Weiss (*pro hac vice* application forthcoming)
lweiss@law111.com
626 RXR Plaza
Uniondale, NY 11556
Telephone: (516) 222-2900
Facsimile: (818) 999-1500

*Attorneys for Plaintiffs and the Settlement Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| IN RE: WACHOVIA CORP. "PICK-A-PAYMENT" MORTGAGE MARKETING AND SALES PRACTICES LITIGATION<br><br>_____<br><br>*This Document Relates to*:<br><br>ALL INCLUDED ACTIONS | **CASE NO. 5:09-MD-02015-JF**<br><br>[*Assigned to the Hon. Jeremy Fogel*]<br><br>**ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>Hearing Date: TBD<br>Time: TBD<br>Place: 5th Fl. – Courtroom 3<br>Judge: Hon. Jeremy Fogel |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Local Rule 7-11, Settlement Class Members JENNIFER MURPHY; CHAN C. PHARN; CHRISTINA ZAKO; PAUL MCDERMED; JULIE MCDERMED; JOHN BURKETT; DIANA BURKETT; THOMAS GEREMIA; LINDA GEREMIA; JULIE A. YOUNG; DAVID W. YOUNG; MICHAEL LERNER; KATHY LERNER; OMAR F. BISHR; RUTH M. BISHR; JEFF CORY; JOSE CRUZ; JASON FISHER; CATHERINE MARSH; WALTER FALKOWSKI; MARY SLADE; GREG SLADE; JOSEPH MIDGETTE; NATHAN RANGER; SHERRI GOLDFINCH; and CARRIE ROSILLO (the "Unmodified Settlement Class Plaintiffs") respectfully request the Court to accept and maintain under seal:

A. *Unredacted* Declaration of Jeffrey K. Berns in Support of Reply to Defendants' Opposition to Application for Temporary Restraining Order and Order to Show Cause Re: Preliminary Injunction;

- **Exhibit A** – 9/10/2012 email between Jeffrey K. Berns and Defendants' Counsel
- **Exhibit B** – 8/10/2012 email between Jeffrey K. Berns and Defendants' Counsel
- **Exhibit C** – Butte County 2011-2012 Property Tax Bill for Pharn
- **Exhibit D** – Request for Modification and Affidavit for Pharn
- **Exhibit E** – January 3, 2012 Letter from Wells Fargo to Pharn
- **Exhibit F** – Uniform Residential Appraisal Report dated May 20, 2012 for Fisher
- **Exhibit G** – Request for Modification and Affidavit for Fisher
- **Exhibit H** – Request for Mortgage Assistance for Murphy

- **Exhibit I** – Murphy - April 29, 2012 Notice of Intent to Foreclose
- **Exhibit J** – Request for Modification and Affidavit for Cruz
- **Exhibit K** – Request for Modification and Affidavit for Cory
- **Exhibit L** – Cory - Letter dated February 1, 2011
- **Exhibit M** – Request for Mortgage Assistance for the Youngs
- **Exhibit N** – Youngs – January 19, 2012 Letter
- **Exhibit O** – Request for Modification and Affidavit for the Geremias
- **Exhibit P** – Geremias - Paystubs
- **Exhibit Q** – Request for Modification and Affidavit for Marsh and Falkowski
- **Exhibit R** – Request for Modification and Affidavit for the Bishrs
- **Exhibit S** – Request for Modification and Affidavit for the Biggses
- **Exhibit T** – Request for Modification and Affidavit for the Slades
- **Exhibit U** – Request for Self-Employment Records for Mary and Greg Slade
- **Exhibit V** – 2009 and 2010 U.S. Individual Income Tax Return for the Slades
- **Exhibit W** – Slades - Appraisal Report dated January 1, 2012
- **Exhibit X** – Request for Mortgage Assistance for the Burketts
- **Exhibit Y** – Burketts paystubs
- **Exhibit Z** – Burketts 2011 tax return
- **Exhibit AA** – Burkett letter dated June 13, 2012
- **Exhibit AB** – Request for Modification and Affidavit for Midgette
- **Exhibit AC** – Midgette, Letter dated May 2, 2011
- **Exhibit AD** – Appraisal Report dated July 29, 2012
- **Exhibit AE** – Letter dated September 21, 2012 to Lerners

- **Exhibit AF** – Assessor Inquiry for Lerners
- **Exhibit AG** – Lerners - Net Present Value Disclosure
- **Exhibit AH** – Request for Mortgage Assistance for the Lerners
- **Exhibit AI** – Request for Modification and Affidavit for D'Alessio
- **Exhibit AJ** – Ranger - Net Present Value Disclosure
- **Exhibit AK** – Ranger - Appraisal Report dated April 6, 2012
- **Exhibit AL** – 9/20/2012 email between Jeffrey K. Berns and Counsel for Defendants
- **Exhibit AM** – Excerpt from class list provided by Defendants
- **Exhibit AN** – Report showing loan modification denials
- **Exhibit AO** – Slade Denial Letter dated June 17, 2011
- **Exhibit AP** – Letter dated September 27, 2012 from Burketts requesting foreclosure to be stopped
- **Exhibit AQ** – Class Action C Settlement Reporting, Reason for Modification Denial.

B.   *Unredacted* Plaintiffs' Reply to Defendants' Opposition to Application for Temporary Restraining Order and Order to Show Cause re: Preliminary Injunction.

Although courts "have historically recognized a 'general right to inspect and copy public records and documents' . . . [,] [w]here a party seeks to file under seal documents attached only to a non-dispositive motion . . . a showing of "good cause" often outweighs the public's interest in access." *Apple, Inc. v. Samsung Electronics Co., Ltd.*, 12-CV-00630-LHK, 2012 WL 2936432, at *1 (N.D. Cal. July 18, 2012).

3

Administrative Motion to File Documents Under Seal - 5:09-MD-02015-JF

Good cause exists here to allow the Unmodified Settlement Class Plaintiffs to file the above-listed documents under seal.  The Unmodified Settlement Class Plaintiffs seek a temporary restraining order against Defendants due to their improper conduct in denying loan modifications in violation of the Settlement Agreement.  In order to establish Defendants' improper conduct, the Unmodified Settlement Class Plaintiffs submit the above-listed documents, which contain personal financial information, including social security numbers, home valuations, and personal income and household expenses.  *See Buchanan v. Homeservices Lending LLC*, 11CV0922 L MDD, 2012 WL 5505775, at *2 (S.D. Cal. Nov. 13, 2012) (good cause existed to seal documents containing plaintiff's financial information and that were attached to non-dispositive motion).  Some of the documents also contain information Defendants designated as confidential regarding their loan modification denials.

Since the documents attached as exhibits to the Declaration of Jeffrey K. Berns contain personal financial information, redacted versions of the above-referenced documents have not been publicly filed.  Redacted versions of Plaintiffs' Reply to Defendants' Opposition to Application for Temporary Restraining Order and Order to Show Cause re: Preliminary Injunction and Declaration of Jeffrey K. Berns have been publicly filed.

Respectfully Submitted,

DATED: December 16, 2012        **BERNS WEISS LLP**

By:        /s/ *Jeffrey K. Berns*
Jeffrey K. Berns (SBN 131351)
jberns@law111.com
20700 Ventura Blvd., Suite 140
Woodland Hills, CA 91364
Telephone: (818) 961-2000
Facsimile: (818) 999-1500

—and—

Lee A. Weiss
lweiss@law111.com

4

Administrative Motion to File Documents Under Seal - 5:09-MD-02015-JF

626 RXR Plaza
Uniondale, NY 11556
Telephone: (818) 961-2000
Facsimile: (818) 999-1500

*Attorneys for Plaintiffs and the Settlement Class*