**BERNS WEISS LLP**
Jeffrey K. Berns (SBN 131351)
jberns@law111.com
20700 Ventura Blvd. Suite 140
Woodland Hills, CA 91364
Telephone: (818) 961-2000
Facsimile: (818) 999-1500

Lee A. Weiss (*pro hac vice* application forthcoming)
lweiss@law111.com
626 RXR Plaza
Uniondale, NY 11556
Telephone: (516) 222-2900
Facsimile: (818) 999-1500

*Attorneys for Plaintiffs and the Settlement Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| IN RE: WACHOVIA CORP. "PICK-A-PAYMENT" MORTGAGE MARKETING AND SALES PRACTICES LITIGATION <br><br> _____ <br><br> *This Document Relates to*: <br><br> ALL INCLUDED ACTIONS | **CASE NO. 5:09-MD-02015-JF** <br><br> [*Assigned to the Hon. Jeremy Fogel*] <br><br> **ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** <br><br> Hearing Date: TBD <br> Time: TBD <br> Place: 5th Floor – Courtroom 3 <br> Judge: Hon. Jeremy Fogel |

Administrative Motion to File Documents Under Seal - 5:09-MD-02015-JF

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Local Rule 7-11, Settlement Class Members JENNIFER MURPHY; CHAN C. PHARN; CHRISTINA ZAKO; PAUL MCDERMED; JULIE MCDERMED; JOHN BURKETT; DIANA BURKETT; THOMAS GEREMIA; LINDA GEREMIA; JULIE A. YOUNG; DAVID W. YOUNG; MICHAEL LERNER; KATHY LERNER; OMAR F. BISHR; RUTH M. BISHR; JEFF CORY; JOSE CRUZ; JASON FISHER; CATHERINE MARSH; WALTER FALKOWSKI; MARY SLADE; GREG SLADE; JOSEPH MIDGETTE; NATHAN RANGER; SHERRI GOLDFINCH; and CARRIE ROSILLO (the "Unmodified Settlement Class Plaintiffs") respectfully request the Court to accept and maintain under seal:

A. Declaration of Jeffrey K. Berns in Support of Plaintiffs' Opposition to Defendants' Administrative Motion re: Briefing and Hearing on Plaintiffs' Ex Parte Request for Temporary Restraining Order and Order to Show Cause re: Preliminary Injunction;

- **Exhibit A** – quarterly Mandrigues Class Action B and C Settlement Reporting for the periods between April 1, 2011 and September 30, 2012 received from Defendants

B. Declaration of Albert G. Lum in Support of Plaintiffs' Opposition to Defendants' Administrative Motion re: Briefing and Hearing on Plaintiffs' Ex Parte Request for Temporary Restraining Order and Order to Show Cause re: Preliminary Injunction.

- **Exhibit A** – John and Diana's Burketts' Request for Modification and Affidavit, submitted on or about November 27, 2011, February 1, 2012, and March 14, 2012;
- **Exhibit B** – Wells Fargo's denial letter dated September 19, 2012 to the Burketts

- **Exhibit C** – Wells Fargo's denial letter dated March 3, 2011 to Cynthia and George Biggs.
- **Exhibit D** – Wells Fargo dated January 31, 2011 informing Jeff Cory that his Home Preservation Specialist was Heather Fisher
- **Exhibit E** – Wells Fargo dated February 1, 2011 informing Mr. Cory that his Home Preservation Specialist was Cindy Delgado
- **Exhibit F** – Wells Fargo's denial letter dated February 25, 2011 to Mr. Cory
- **Exhibit G** – Wells Fargo's denial letter dated January 26, 2011 to Jose Cruz
- **Exhibit H** – Wells Fargo's letter dated January 8, 2011 showing receipt of Richard D'Alessio's loan modification application
- **Exhibit I** – Wells Fargo's denial letters dated January 11, 2011 to Mr. D'Alessio
- **Exhibit J** – Wells Fargo's denial letters dated January 11, 2011 to Mr. D'Alessio
- **Exhibit K** – Wells Fargo's letter dated January 25, 2011 inviting Mr. D'Alessio to apply for a loan modification
- **Exhibit L** – Wells Fargo's denial letter dated March 29, 2011 to Mr. D'Alessio
- **Exhibit M** – Wells Fargo's Net Present Value Disclosure dated March 22, 2011 for Mr. D'Alessio
- **Exhibit N** – Wells Fargo's letter dated May 4, 2011 stating that Mr. D'Alessio's documents were being reviewed
- **Exhibit O** – Wells Fargo's letter dated May 11, 2011 to Mr. D'Alessio requesting additional documentation

- **Exhibit P** – Wells Fargo's denial letter dated August 30, 2011 to Mr. D'Alessio.
- **Exhibit Q** – Mr. D'Alessio's NPV Evaluation Results dated December 1, 2011 using the NPV calculator on the United States Treasury Department website
- **Exhibit R** – Wells Fargo's denial letters dated February 16, 2011 to Jason Fisher
- **Exhibit S** – Wells Fargo's denial letters dated February 16, 2011 to Mr. Fisher
- **Exhibit T** – Wells Fargo's denial letter dated February 17, 2011 to Mr. Fisher
- **Exhibit U** – Mr. Fisher's Pick-a-Payment loan statement dated January 31, 2011.
- **Exhibit V** – Wells Fargo's denial letter dated March 18, 2011 to Thomas and Linda Geremia
- **Exhibit W** – Wells Fargo's denial letter dated September 20, 2012 to Michael and Kathy Lerner
- **Exhibit X** – Wells Fargo's denial letter dated September 21, 2012 to Mr. and Mrs. Lerner, with a Net Present Value Disclosure
- **Exhibit Y** – Wells Fargo's denial letter dated February 21, 2011 to Catherine Marsh and Walter Falkowski
- **Exhibit Z** – Wells Fargo's denial letter dated February 22, 2011 to Catherine Marsh and Walter Falkowski.
- **Exhibit AA** – Wells Fargo's denial letter dated June 3, 2011 to Paul and Julie McDermed

3

Administrative Motion to File Documents Under Seal - 5:09-MD-02015-JF

- **Exhibit AB** – Wells Fargo's denial letter dated May 13, 2011 to Joseph Midgette
- **Exhibit AC** – Wells Fargo's denial letter dated February 25, 2012 to Jennifer Murphy
- **Exhibit AD** – Jennifer Murphy's letter dated March 1, 2012 to Wells Fargo explaining that she did have a financial hardship and listing the multiple reasons for it.
- **Exhibit AE** – Wells Fargo's letter dated March 2, 2012 stating that it could not provide Ms. Murphy with any mortgage assistance
- **Exhibit AF** – Wells Fargo's letter dated April 16, 2012 stating that it could not provide Ms. Murphy with any mortgage assistance.
- **Exhibit AG** – Wells Fargo's denial letter dated December 9, 2011 to Chan Pharn
- **Exhibit AH** – Wells Fargo's letter dated January 20, 2012 to Mr. Pharn
- **Exhibit AI** – Form 1098 for the 2011 tax year sent by Wells Fargo to Mr. Pharn that show his year-end principal balance
- **Exhibit AJ** – Nathan Ranger's Request for Mortgage Assistance form dated February 6, 2012
- **Exhibit AK** – Wells Fargo's denial letter dated March 16, 2012 to Mr. Ranger
- **Exhibit AL** – Wells Fargo's denial letter dated June 7, 2011 to Carrie Rosillo.
- **Exhibit AM** – Wells Fargo's letter dated January 26, 2012 to Julie and David Young requesting additional documents

4

Administrative Motion to File Documents Under Seal - 5:09-MD-02015-JF

- **Exhibit AN** – Wells Fargo's letter dated February 1, 2012 to the Youngs confirming receipt of documents

- **Exhibit AO** – Wells Fargo's letter dated February 13, 2012 to the Youngs again requesting additional documents

- **Exhibit AP** – Wells Fargo's denial letter dated March 5, 2012 to the Youngs

- **Exhibit AQ** – Wells Fargo's letter dated April 12, 2012 showing Wells Fargo's HTI calculation for the Youngs

- **Exhibit AR** – Christina Zako's March 2011 Request for Modification and Affidavit

- **Exhibit AS** – Wells Fargo's denial letter dated October 31, 2012 to Sherri Goldfinch, including Net Present Value disclosure.

Although courts "have historically recognized a 'general right to inspect and copy public records and documents' . . . [,] [w]here a party seeks to file under seal documents attached only to a non-dispositive motion . . . a showing of "good cause" often outweighs the public's interest in access." *Apple, Inc. v. Samsung Electronics Co., Ltd.*, 12-CV-00630-LHK, 2012 WL 2936432, at *1 (N.D. Cal. July 18, 2012).

Good cause exists here to allow the Unmodified Settlement Class Plaintiffs to file the above-listed documents under seal. The Unmodified Settlement Class Plaintiffs seek a temporary restraining order against Defendants due to their improper conduct in denying loan modifications in violation of the Settlement Agreement. In order to establish Defendants' improper conduct, the Unmodified Settlement Class Plaintiffs submit the above-listed documents, which contain personal financial information, including social security numbers, home valuations, and personal income and household expenses. *See Buchanan v. Homeservices Lending LLC*, 11CV0922 L MDD, 2012 WL 5505775, at

*2 (S.D. Cal. Nov. 13, 2012) (good cause existed to seal documents containing plaintiff's financial information and that were attached to non-dispositive motion).  Some of the documents also contain information Defendants designated as confidential regarding their loan modification denials.

Since the document attached as an exhibit to the Declaration of Jeffrey K. Berns contains information designated as confidential by Defendants and the documents attached as exhibits to the Declaration of Albert G. Lum contain personal and financial information, redacted versions of the above-referenced exhibits have not been publicly filed.  Unredacted versions of the Declaration of Jeffrey K. Berns and Declaration of Albert G. Lum have been publicly filed.

|  |  |
|---|---|
|  | Respectfully Submitted, |
| DATED: December 18, 2012 | **BERNS WEISS LLP** |
|  | By:     /s/ *Jeffrey K. Berns*  <br>Jeffrey K. Berns (SBN 131351)<br>jberns@law111.com<br>20700 Ventura Blvd., Suite 140<br>Woodland Hills, CA 91364<br>Telephone: (818) 961-2000<br>Facsimile: (818) 999-1500 |
|  | —and— |
|  | Lee A. Weiss<br>lweiss@law111.com<br>626 RXR Plaza<br>Uniondale, NY 11556<br>Telephone: (818) 961-2000<br>Facsimile: (818) 999-1500 |
|  | *Attorneys for Plaintiffs and the Settlement Class* |