Amanda L. Groves (SBN: 187216)
agroves@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5802
Telephone:    (415) 591-1000
Facsimile:    (415) 591-1400

T. Thomas Cottingham, III *(admitted pro hac vice)*
tcottingham@winston.com
Stacie C. Knight *(admitted pro hac vice)*
sknight@winston.com
WINSTON & STRAWN LLP
100 North Tryon Street, Suite 2900
Charlotte, NC 28202-1078
Telephone:    +1 704 350 7700
Facsimile:    +1 704 350 7800

Mark T. Flewelling (SBN 96465)
mflewelling@afrct.com
Leigh O. Curran (SBN: 173322)
lcurran@afrct.com
Yaw-Jiun (Gene) Wu (SBN: 228240)
gwu@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN, CAMPBELL, AND TRYTTEN, LLP
199 So. Los Robles Ave., #600
Pasadena, CA 91101
Telephone:    +1 626 535 1900
Facsimile:    +1 626 577 7764

Attorneys for Defendants
WACHOVIA MORTGAGE, FSB, WACHOVIA BANK, FSB, AND GOLDEN WEST FINANCIAL CORPORATION

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE: WACHOVIA CORP. "PICK-A-PAYMENT" MORTGAGE MARKETING AND SALES PRACTICES LITIGATION<br><br>This document relates to:<br><br>*ALL CASES* | Case No. M:09-cv-2015-JF<br><br>**MOTION FOR LEAVE TO FILE SURREPLY TO PLAINTIFFS' REPLY IN SUPPORT OF PLAINTIFFS' EX PARTE REQUEST FOR A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION**<br><br>Judge: Hon. Jeremy Fogel |

TO THE COURT, TO ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:

Pursuant to N.D. Civ. L.R. 7-3(d), Defendants hereby move this Court for leave to file the attached Surreply to Plaintiffs' Reply in Support of Plaintiffs' Ex Parte Request for a Temporary Restraining Order (the "TRO Request").

On December 7, 2012, Plaintiff filed their TRO Request. This Court ordered Defendants to file their opposition papers by December 12, 2012. No date has been set for a hearing on the TRO Request.

Plaintiffs filed their Reply on December 17, 2012. The Reply contains a host of new evidence raised for the first time in the Reply. If the Court considers this evidence, it must give Defendants an opportunity to respond to the new evidence on its merits. *See Provenz v. Miller*, 102 F.3d 1478, 1483 (9th Cir. Cal. 1996) ("'where new evidence is presented in a reply to a motion for summary judgment, the district court should not consider the new evidence without giving the [non] movant an opportunity to respond.'" (Citation omitted)). Accordingly, good cause exists for the Court to grant Defendants leave to file the attached surreply. *See Daghlian v. DeVry Univ., Inc.*, 461 F. Supp. 2d 1121, 1145 (C.D. Cal. 2006) (where the moving party submitted a second request for judicial notice in conjunction with their reply brief, the district court agreed to consider a memorandum of points and authorities submitted by the non-moving party in response to the new evidence).

Defendants stand ready, willing, and able to conduct an evidentiary hearing—whether in San Jose, Washington, D.C., or some other location that best serves the Court—to address any further questions the Court may have.

WHEREFORE, Defendants request that the Court grant them leave to file a Surreply in Opposition to Plaintiffs' Reply. A copy of the proposed Surreply is attached hereto as <u>Exhibit A</u>. Defendants request that this Surreply be deemed filed as of the entry of an order granting this motion.

Dated:  December 19, 2012

Respectfully Submitted,
WINSTON & STRAWN LLP

By:   */s/ T. Thomas Cottingham, III*

Amanda L. Groves (SBN: 187216)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5802
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

T. Thomas Cottingham, III *(admitted pro hac vice)*
Stacie C. Knight *(admitted pro hac vice)*
WINSTON & STRAWN LLP
100 North Tryon Street, Suite 2900
Charlotte, NC 28202-1078
Telephone: (704)350-7700
Facsimile: (704)350 7800

AND

ANGLIN, FLEWELLING, RASMUSSEN
    CAMPBELL & TRYTTEN LLP

By:   */s/ Yaw-Jiun (Gene) Wu*

Mark T. Flewelling (SBN 96465)
Yaw-Jiun (Gene) Wu (SBN: 228240)
Leigh O. Curran (SBN: 173322)
199 So. Los Robles Ave. Suite 600
Pasadena, CA 91101
Telephone: (626) 535-1900
Facsimile: (626) 577-7764
Attorneys for Defendants

ATTORNEYS FOR DEFENDANTS WACHOVIA MORTGAGE FSB, WACHOVIA BANK, FSB, AND GOLDEN WEST FINANCIAL CORPORATION

**CERTIFICATE OF SERVICE**

I hereby certify that copies of the foregoing **MOTION FOR LEAVE TO FILE SURREPLY TO PLAINTIFFS' REPLY IN SUPPORT OF PLAINTIFFS' EX PARTE REQUEST FOR A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION** was served via the Court's electronic filing system upon all counsel of record.

DATED:  December 19, 2012

*/s/ T. Thomas Cottingham, III*

CHL 59291v1