**BERNS WEISS LLP**
Jeffrey K. Berns (SBN 131351)
jberns@law111.com
20700 Ventura Blvd. Suite 140
Woodland Hills, CA 91364
Telephone: (818) 961-2000
Facsimile: (818) 999-1500

Lee A. Weiss (*pro hac vice* application pending)
lweiss@law111.com
626 RXR Plaza
Uniondale, NY 11556
Telephone: (516) 222-2900
Facsimile: (818) 999-1500

*Attorneys for Plaintiffs and the Settlement Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IN RE: WACHOVIA CORP. "PICK-A-PAYMENT" MORTGAGE MARKETING AND SALES PRACTICES LITIGATION<br><br>_____<br><br>*This Document Relates to*:<br><br>ALL INCLUDED ACTIONS | CASE NO. 5:09-MD-02015-JF<br><br>[*Assigned to the Hon. Jeremy Fogel*]<br><br>**PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR LEAVE TO FILE SURREPLY TO PLAINTIFFS' REPLY IN SUPPORT OF PLAINTIFFS' EX PARTE REQUEST FOR A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION**<br><br>Hearing Date: TBD<br>Time: TBD<br>Place: 5th Fl. – Courtroom 3<br>Judge: Hon. Jeremy Fogel |

Defendants moved (Dkt. No. 379) for leave to file a Surreply in opposition to Plaintiffs' Ex Parte Request for a Temporary Restraining Order ("TRO") on the ostensible grounds that Plaintiffs' "Reply contains a host of new evidence raised for the first time in the Reply" (Motion at 2), but Defendants then attached a Surreply that is based entirely on legal argument.  The motion and Surreply thus are procedurally and substantively improper and should be denied.

Plaintiffs do not plan to file any more formal opposition unless the Court determines it needs a response.  Plaintiffs applied for an expedited TRO because they and Class members face the imminent and irreparable harm of losing their homes through foreclosure if Defendants are not enjoined pending resolution of Plaintiffs' claims for breach of the Settlement Agreement.  Defendants' serial filings of unauthorized opposition papers demonstrate precisely the delay through prolonged and duplicated proceedings that threatens Plaintiffs and Class members with this irreparable harm.  In order that Plaintiffs and Class members may avoid this harm, Plaintiffs respectfully urge that the Court should simply disregard Defendants' Surreply or find it without merit and proceed to rule on the Application for TRO.

DATED:  December 19, 2012     **BERNS WEISS LLP**

By:  ___/s/ *Jeffrey K. Berns*___
Jeffrey K. Berns (SBN 131351)
jberns@law111.com
20700 Ventura Blvd., Suite 140
Woodland Hills, CA 91364
Telephone: (818) 961-2000
Facsimile: (818) 999-1500

—and—

Lee A. Weiss (*pro hac vice* application pending)
lweiss@law111.com
626 RXR Plaza
Uniondale, NY 11556
Telephone: (818) 961-2000
Facsimile: (818) 999-1500

*Attorneys for Plaintiffs and the Settlement Class*