Amanda L. Groves (SBN: 187216)
agroves@winston.com
Winston & Strawn LLP
101 California Street
San Francisco, CA  94111-5802
Telephone:     (415) 591-1000
Facsimile:     (415) 591-1400

T. Thomas Cottingham, III (admitted pro hac vice)
tcottingham@winston.com
Stacie C. Knight (admitted pro hac vice)
sknight@winston.com
WINSTON & STRAWN llp
100 North Tryon Street, Suite 2900
Charlotte, NC 28202-1078
Telephone:     +1 704 350 7700
Facsimile:     +1 704 350 7800

Mark T. Flewelling (SBN: 96465)
mflewelling@afrct.com
Yaw-Jiun (Gene) (SBN: 228240)
gwu@afrct.com
Leigh O. Curran (SBN: 173322)
lcurran@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN,
CAMPBELL, AND TRYTTEN
199 So. Los Robles Ave., #600
Pasadena, CA  91101
Telephone:     +1 626 535 1900
Facsimile:     +1 626 577 7764

Attorneys for Defendants WACHOVIA
MORTGAGE, FSB, WACHOVIA BANK, FSB,
AND GOLDEN WEST FINANCIAL
CORPORATION

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE: WACHOVIA CORP. "PICK-A-PAYMENT" MORTGAGE MARKETING AND SALES PRACTICES LITIGATION<br><br>This document relates to:<br><br>ALL CASES | Case No. 5:09-md-2015-JF<br><br>DEFENDANTS' OBJECTIONS TO 12/16/12 DECLARATION OF JEFFREY BERNS (DOC. #375-1) AND NEW EVIDENCE OFFERED IN SUPPORT OF PLAINTIFFS' REPLY TO DEFENDANTS' OPPOSITION TO APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND AN ORDER TO SHOW CAUSE REGARDING PRELIMINARY INJUNCTION<br><br>Judge:  Hon. Jeremy Fogel |

93000/HR0710/00546922-8

1

CASE NO.: 5:09-md-2015-JF
DEFS' OBJN'S TO EVIDN OFFRD i/s/o OF PLS'
REPLY i/s/o APPL. FOR TRO & OSC RE: PI

Pursuant to N.D. Cal. Civ. L.R. 7-5(b), Defendants object to and request that the Court strike the matters described below. Defendants object to the entire Declaration of Jeffrey Berns (Doc. #375-1, filed 12/16/2012) ("Berns Dec.") offered in reply to Defendants' opposition to the ex parte application for temporary restraining order and OSC re: preliminary injunction, as the declaration and exhibits are new evidence raised for the first time in a reply brief.

Wells Fargo further objects on the grounds below:

**Hearsay** objections are based on Fed. R. Evid. 802.

**Best evidence** objections are based on Fed. R. Evid. 1002.

**No authentication** objections are based on Fed. R. Evid. 901. "A document can be authenticated [under Rule 901(b)(1)] by a witness who wrote it, signed it, used it, or saw others do so." *Orr v. Bank of Am.*, 285 F.3d 764, 774 (9th Cir. 2002) (citation omitted). Mr. Berns, class counsel, has failed to provide facts establishing that he had any involvement in preparing, signing, using, or receiving the various documents attached as exhibits to his declaration.

**Lack of foundation** objections are made where the declarant has offered inadequate facts to show his personal knowledge of a fact or support an opinion, conclusion, or ultimate fact. *See Veliz v. Cintas Corp.*, 2009 U.S. Dist. LEXIS 39061, *9 (N.D. Cal. Apr. 23, 2009) (striking declaration regarding company's business practices; no foundation laid establishing declarant's knowledge of such practices); *Doe v. Dann*, 2008 U.S. Dist. LEXIS 45228 (N.D. Ohio June 9, 2008) (attorney affidavit supporting preliminary injunction motion that was not wholly based on the attorney's knowledge;"the Court will not consider it as admissible evidence.").

Improper **opinion** objections are based on Fed. R. Evid. 701 and 702. *See Hooper v. Lockheed Martin Corp.*, 688 F.3d 1037, 1052 (9th Cir. 2012) (affirming exclusion of expert report "because (1) the opinions were improper legal conclusions and (2) [the witness] lacked personal knowledge to lay the proper foundation for the report."). The objections are made when no foundation has been laid establishing the declarant's competency to render such opinion, or where no foundation is laid for the declarant's conclusion.

**Legal conclusion** objections are based on N.D. Civ. L.R. 7-5(b) ("declarations may

93000/HR0710/00546922-8

2

CASE NO.: 5:09-md-2015-JF
DEFS' OBJN'S TO EVIDN OFFRD i/s/o OF PLS'
REPLY i/s/o APPL. FOR TRO & OSC RE: PI

1  contain only facts, . . . and must avoid conclusions and argument. . . . An affidavit or
2  declaration not in compliance with this rule may be stricken in whole or in part."); *Hooper,* 688
3  F.3d at 1052; *Oneida Indian Nation of N.Y. State v. County of Oneida*, 802 F. Supp. 2d 395, 425
4  (N.D.N.Y 2011) (striking law declarations where "legal conclusions [were] peppered throughout
5  the sworn statements;" "Such legal conclusions are improper and will be disregarded . . . .").

6      **Argumentative** objections are based on N.D. Civ. L.R. 7-5(b).

| Evidence Objected To | Objection |
|---|---|
| Exhibits C - AK | No authentication; hearsay. |
| Exhibits F, W, AD, AF, AK | No authentication; hearsay. |
| Berns Dec., ¶ 2 | Argumentative; improper opinion; best evidence; no authentication; lacks foundation. |
| Berns Dec., ¶ 3 | Argumentative; opinion; best evidence; hearsay; no authentication; lacks foundation; legal conclusion. |
| Berns Dec., ¶ 6 | Argumentative; opinion; legal conclusion; lacks foundation. |
| Berns Dec., ¶ 7 | Argumentative; lacks foundation; opinion; legal conclusion. |
| Berns Dec., ¶ 8 | Best evidence; hearsay; no authentication; argumentative; lacks foundation; opinion. |
| Berns Dec., ¶ 9 | Best evidence; hearsay; no authentication; argumentative; lacks foundation; opinion. |
| Berns Dec., ¶ 10 | Best evidence; no authentication; argumentative; lacks foundation; opinion. |
| Berns Dec., ¶ 11 | Best evidence; hearsay; no authentication; argumentative; lacks foundation. |
| Berns Dec., ¶ 12 | Argumentative; lacks foundation; opinion; legal conclusion. |
| Berns Dec., ¶ 13 | Best evidence; hearsay; no authentication; argumentative; lacks foundation; opinion. |
| Berns Dec., ¶ 14 | Argumentative; lacks foundation; opinion; legal conclusion. |
| Berns Dec., ¶ 15 | Best evidence; hearsay; no authentication; argumentative; lacks foundation; opinion. |
| Berns Dec., ¶ 17 | Best evidence; hearsay; no authentication; argumentative; lacks foundation; opinion. |
| Berns Dec., ¶ 18 | Best evidence; hearsay; no authentication; argumentative; lacks foundation; opinion. |
| Berns Dec., ¶ 19 | Argumentative; lacks foundation; opinion; legal conclusion. |

93000/HR0710/00546922-8        3        CASE NO.: 5:09-md-2015-JF
DEFS' OBJN'S TO EVIDN OFFRD i/s/o OF PLS'
REPLY i/s/o APPL. FOR TRO & OSC RE: PI

ANGLIN FLEWELLING RASMUSSEN CAMPBELL & TRYTTEN LLP

| Evidence Objected To | Objection |
|---|---|
| Berns Dec., ¶ 20 | Best evidence; hearsay; no authentication; argumentative; lacks foundation; opinion. |
| Berns Dec., ¶ 21 | Argumentative; lacks foundation; opinion; best evidence, hearsay, no authentication. |
| Berns Dec., ¶ 22 | Best evidence; hearsay; no authentication; argumentative; lacks foundation; opinion; legal conclusion. |
| Berns Dec., ¶ 23 | Best evidence; hearsay; no authentication; argumentative; lacks foundation; opinion. |
| Berns Dec., ¶ 24 | Best evidence; hearsay; no authentication; argumentative; lacks foundation; opinion; legal conclusion. |
| Berns Dec., ¶ 25 | Best evidence; hearsay; no authentication; argumentative; lacks foundation; opinion; legal conclusion. |
| Berns Dec., ¶ 26 | Best evidence; hearsay; no authentication; argumentative; lacks foundation; opinion; legal conclusion. |
| Berns Dec., ¶ 27 | Best evidence; hearsay; no authentication; argumentative; lacks foundation; opinion. |
| Berns Dec., ¶ 28 | Best evidence; hearsay; no authentication; argumentative; lacks foundation; opinion; legal conclusion. |
| Berns Dec., ¶ 29 | Best evidence; hearsay; no authentication; argumentative; lacks foundation; opinion; legal conclusion. |
| Berns Dec., ¶ 30 | Mischaracterizes Dolan Declaration; argumentative; lacks foundation; legal conclusion; best evidence; hearsay; no authentication; opinion. |
| Berns Dec., ¶ 31 | Argumentative; lacks foundation; opinion; legal conclusion. |
| Berns Dec., ¶ 32 | Best evidence; hearsay; no authentication; lacks foundation; opinion; legal conclusion. |
| Berns Dec., ¶ 33 | Argumentative; lacks foundation; opinion; legal conclusion. |
| Berns Dec., ¶ 34 | Hearsay; argumentative; lacks foundation; opinion; legal conclusion. |
| Berns Dec., ¶ 35 | Vague; argumentative. |
| Berns Dec., ¶ 36 | Mischaracterizes Dolan Declaration; best evidence; hearsay; no authentication; lacks foundation. |
| Berns Dec., ¶ 37 | Best evidence; hearsay; no authentication; lacks foundation; argumentative; opinion; legal conclusion. |
| Berns Dec., ¶ 38 | Argumentative; best evidence; hearsay; no authentication; lacks foundation; opinion; legal conclusion. |

93000/HR0710/00546922-8    4    CASE NO.: 5:09-md-2015-JF
DEFS' OBJN'S TO EVIDN OFFRD i/s/o OF PLS'
REPLY i/s/o APPL. FOR TRO & OSC RE: PI

| Evidence Objected To | Objection |
|---|---|
| Berns Dec., ¶ 39 | Argumentative; best evidence; hearsay; no authentication; lacks foundation; opinion. |
| Berns Dec., ¶ 40 | Argumentative; lacks foundation; opinion; legal conclusion. |
| Berns Dec., ¶ 41 | Best evidence; hearsay; no authentication; lacks foundation; opinion. |
| Berns Dec., ¶ 42 | Best evidence; hearsay; no authentication; lacks foundation; opinion. |
| Berns Dec., ¶ 43 | Argumentative; lacks foundation; opinion; legal conclusion. |
| Berns Dec., ¶ 44 | Mischaracterizes Dolan Declaration; argumentative; lacks foundation; best evidence; hearsay; no authentication. |
| Berns Dec., ¶ 45 | Best evidence; hearsay; no authentication. |
| Berns Dec., ¶ 46 | Mischaracterizes Dolan Declaration; argumentative; lacks foundation. |
| Berns Dec., ¶ 47 | Argumentative; lacks foundation; opinion; best evidence; hearsay; no authentication. |
| Berns Dec., ¶ 48 | Argumentative; lacks foundation; opinion; legal conclusion. |
| Berns Dec., ¶ 49 | Argumentative; lacks foundation; opinion; legal conclusion. |
| Berns Dec., ¶ 50 | Argumentative; lacks foundation; opinion; legal conclusion. |
| Berns Dec., ¶ 51 | Best evidence; no authentication; argumentative; lacks foundation; opinion. |
| Berns Dec., ¶ 52 | Mischaracterizes Dolan Declaration; argumentative; lacks foundation; opinion; legal conclusion; best evidence; hearsay; no authentication. |
| Berns Dec., ¶ 53 | Mischaracterizes Dolan Declaration; argumentative; best evidence; hearsay; no authentication; lacks foundation; opinion; legal conclusion. |
| Berns Dec., ¶ 54 | Argumentative; lacks foundation; opinion; legal conclusion. |
| Berns Dec., ¶ 55 | Argumentative; lacks foundation; opinion. |
| Berns Dec., ¶ 55 | Argumentative; lacks foundation; opinion. |
| Berns Dec., ¶ 56 | Argumentative; lacks foundation; opinion. |
| Berns Dec., ¶ 57 | Argumentative; lacks foundation; opinion. |
| Berns Dec., ¶ 58 | Argumentative; lacks foundation; opinion. |
| Berns Dec., ¶ 59 | Argumentative; lacks foundation; opinion; best evidence; hearsay; legal conclusion. |
| Berns Dec., ¶ 60 | Argumentative; lacks foundation. |

93000/HR0710/00546922-8        5        CASE NO.: 5:09-md-2015-JF
DEFS' OBJN'S TO EVIDN OFFRD i/s/o OF PLS'
REPLY i/s/o APPL. FOR TRO & OSC RE: PI

| Evidence Objected To | Objection |
|---|---|
| Berns Dec., ¶ 61 | Argumentative; best evidence; hearsay; lacks foundation; opinion; legal conclusion. |
| Berns Dec., ¶ 62 | Argumentative; best evidence; hearsay; lacks foundation; opinion. |

Dated:  December 19, 2012         Respectfully Submitted

WINSTON & STRAWN LLP

By: ___/s/ T. Thomas Cottingham, III___

   Amanda L. Groves (SBN: 187216)
   101 California Street
   San Francisco, CA  94111-5802
   Telephone: (415) 591-1000
   Facsimile:  (415) 591-1400

AND

   T. Thomas Cottingham, III (admitted pro hac vice)
   Stacie C. Knight (admitted pro hac vice)
   WINSTON & STRAWN LLP
   100 North Tryon Street, Suite 2900
   Charlotte, NC 28202-1078
   Telephone: +1 704 350 7700
   Facsimile:  +1 704 350 7800

AND

ANGLIN, FLEWELLING, RASMUSSEN
   CAMPBELL & TRYTTEN LLP

By: _____/s/ Leigh O. Curran_____
   Mark T. Flewelling (SBN 96465)
   Yaw-Jiun (Gene) (SBN: 228240)
   Leigh O. Curran (SBN: 173322)
   199 So. Los Robles Ave. Suite 600
   Pasadena, CA  91101
   Telephone: +1 626 535 1900
   Facsimile:  +1 626 577 7764
   Attorneys for Defendants WACHOVIA MORTGAGE FSB,
   WACHOVIA BANK, FSB, AND GOLDEN WEST
   FINANCIAL CORPORATION

93000/HR0710/00546922-8

6

CASE NO.: 5:09-md-2015-JF
DEFS' OBJN'S TO EVIDN OFFRD i/s/o OF PLS'
REPLY i/s/o APPL. FOR TRO & OSC RE: PI

**CERTIFICATE OF SERVICE**

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On the date below, I served a copy of the foregoing document entitled:

**DEFENDANTS' OBJECTIONS TO 12/16/12 DECLARATION OF JEFFREY BERNS (DOC. #375-1) AND NEW EVIDENCE OFFERED IN SUPPORT OF PLAINTIFFS' REPLY TO DEFENDANTS' OPPOSITION TO APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND AN ORDER TO SHOW CAUSE REGARDING PRELIMINARY INJUNCTION**

on the interested parties in said case as follows:

**Served Electronically
Via the Court's CM/ECF System**
*Attorneys for Plaintiffs and the Settlement Class*

| BERNS WEISS LLP | BERNS WEISS LLP |
|---|---|
| Jeffrey K. Berns | Lee A. Weiss |
| 20700 Ventura Blvd. Suite 140 | 626 RXR Plaza |
| Woodland Hills, CA 91364 | Uniondale, NY 11556 |
| jberns@bernsweiss.com | lweiss@bernsweiss.com |
| Tel: (818) 961-2000 | Tel: (516) 222-2900 |
| Fax: (818) 999-1500 | Fax: (818) 999-1500 |

**Served by Means Other Than Electronically
Via the Court's CM/ECF System**

| Derek S. Tarson | *Movant* |
|---|---|
| Legal Aid Society of Rockland County, Inc. | Nick John Makreas |
| 2 Congers Road | 271 Tulare Drive |
| New City, NY 10956 | San Bruno, CA 94066 |

| *Miscellaneous* | *Pro Hac Vice* |
|---|---|
| Patricia S. Jimenez | Stacie C. Knight, Esq. |
| 17019 Limetree Lane | Winston & Strawn LLP |
| Riverside, CA 92502 | 214 N. Tryon Street |
| | Charlotte, NC 28202 |

☒ **BY MAIL:** I am readily familiar with the firm's practice of collection and processing correspondence by mailing. Under that same practice it would be deposited with U.S. Postal Service on that same day with postage fully prepaid at Pasadena, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Pasadena, California on December 19, 2012.

| Kimberly Wooten | */s/ Kimberly Wooten* |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |

93000/HR0710/00546922-8

1

CASE NO.: 5:09-MD-2015-JF
CERTIFICATE OF SERVICE
CERTIFICATE OF SERVICE