**E-Filed 2/1/2013**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE: WACHOVIA CORP. "PICK-A-PAYMENT" MORTGAGE MARKETING AND SALES PRACTICES LITIGATION. | Case No. 5:09-md-02015-JF<br><br>ORDER RE ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED; AND DEFERRING DISPOSITION OF MOTION FOR PRELIMINARY INJUNCTION<br><br>[re: dkt. entries 367, 394] |

For the reasons stated on the record at the hearing on January 31, 2013, the Court DECLINES to relate the present case to *Murphy, et al. v. Wells Fargo Home Mortgage, et al.*, Case No. 5:12-cv-06228-HRL and DEFERS consideration of the motion for preliminary injunction pending submission of additional evidence. As soon as is practicable, Plaintiffs may take the deposition of Michael Dolan. Thereafter, Plaintiffs may submit supplemental declarations of their declarants, detailing what they believe their mortgage loan modification files should contain. Within ten (10) days of receipt of the supplemental declarations, Defendant shall submit to the Court *in camera* the mortgage loan modification files of Plaintiffs' declarants.

After reviewing this additional evidence, the Court will set a telephonic case management

conference.

IT IS SO ORDERED.

DATED: February 1, 2013

_____
JEREMY FOGEL
United States District Judge

2

Case No. 5:09-cv-02015-JF
ORDER RE ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED ETC.