UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re: WACHOVIA CORP. "PICK-A-PAYMENT" MORTGAGE MARKETING AND SALES PRACTICES LITIGATION

Case No.: 09-MD-2015 JF (PSG)

**ORDER RE BRIEFING SCHEDULE**

On April 3, 2013, Judge Fogel referred to the undersigned the issue of the reliability of loan modification statistics provided by Defendant Wells Fargo, N.A. ("Wells Fargo").[1] Before the parties provided to the court a proposed briefing schedule on the issue, Wells Fargo moved for clarification of Judge Fogel's order.[2] Given that resolution of that issue will govern the scope of the question before the court, a briefing schedule is not warranted until Judge Fogel resolves Wells Fargo's motion. Within seven days of the issuance of that order, the parties shall meet and confer and propose to the court a briefing schedule for the referred matter.

**IT IS SO ORDERED.**

Dated: April 5, 2013

PAUL S. GREWAL
United States Magistrate Judge

---

[1] *See* Docket No. 432.

[2] *See* Docket No. 441.

ORDER