UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re: WACHOVIA CORP. "PICK-A-PAYMENT" MORTGAGE MARKETING AND SALES PRACTICES LITIGATION

Case No.: 09-MD-2015 JF (PSG)

**ORDER RE BRIEFING SCHEDULE**

According to this court's April 5, 2013 order, within seven days of Judge Fogel's order clarifying the question referred to this court the parties were to provide a briefing schedule for that matter.[1] On April 11, 2013, Judge Fogel issued his clarification order,[2] and so the briefing schedule proposal is due today, April 18, 2013. The parties communicated to the court, however, that they cannot reach agreement regarding the sequence of briefs, and they requested a telephone hearing to resolve the issue. Plaintiffs also have filed an ex parte motion requesting a hearing on shortened time for a motion to compel Wells Fargo to remove a confidential designation from material that Plaintiffs seek from the State of California.[3]

Given the court's schedule, a telephone hearing is not possible, and so the court resolves the parties' issues with this order. Because Plaintiffs are the parties challenging Defendant Wells

---

[1] *See* Docket No. 442.

[2] *See* Docket No. 448.

[3] *See* Docket No. 449.

ORDER

Fargo's discovery production under the Settlement Agreement, they shall file the opening brief. Wells Fargo shall file its opposition two weeks later, and neither party shall file a reply. The following schedule shall apply:

    Tuesday, April 30, 2013 - Plaintiffs' opening brief shall be filed.

    Tuesday, May 14, 2013 - Wells Fargo's responding brief shall be filed.

    2:00 p.m., Tuesday, May 21, 2013 - Hearing

As to Plaintiffs' ex parte motion to shorten time, Wells Fargo already has filed an opposition to the motion to compel.[4]  To the extent that the State of California wishes to submit an opposition or any other appropriate pleading, it shall do so no later than April 25, 2013.  No later than tomorrow, April 19, 2013, Plaintiffs shall serve the State of California with a copy of this order.  Plaintiffs shall not file a reply to their motion.  No hearing date will be set unless the court determines that a hearing is necessary to resolve the dispute.

**IT IS SO ORDERED.**

Dated:  April 18, 2013

                                      PAUL S. GREWAL
                                      United States Magistrate Judge

---

[4] *See* Docket No. 450.

ORDER