**E-Filed 5/23/2013**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IN RE: WACHOVIA CORPORATION. | Case No. 5:09-md-02015-JF (PSG) <br><br> ORDER EXTENDING TIME FOR RESPONSE TO MOTION TO ENFORCE SETTLEMENT FILED ON MAY 1, 2013 <br><br> [re: dkt. entry 462] |

On May 1, 2013, Defendant Wells Fargo Bank, N.A. ("Wells Fargo") filed a motion to enforce the settlement agreement in this action against Vicki Schultz and J. Stuart Schultz in connection with a foreclosure proceeding pending in the Superior Court of the State of New Jersey, entitled *Wells Fargo Bank, N.A. v. Vicki Schultz, et al.*, Case No. F-17720-12 (the "Foreclosure Action"). Subsequently, the attorney who is representing the Schultzes in the Foreclosure Action contacted chambers informally to ask whether this Court would permit him to file opposition to Wells Fargo's motion to enforce settlement despite the fact that he is not admitted to practice in the Northern District of California. Court staff informed counsel that he must file an application to proceed *pro hac vice* before filing documents in this case. Counsel indicated that he would need additional time to obtain local counsel before filing a *pro hac vice* application. Accordingly, the

Court hereby EXTENDS the time for response to Wells Fargo's motion to enforce settlement to June 14, 2013.

    IT IS SO ORDERED.

DATED: May 23, 2013

_____
JEREMY FOGEL
United States District Judge