1  Amanda L. Groves (SBN: 187216)
   agroves@winston.com
2  WINSTON & STRAWN LLP
   101 California Street
3  San Francisco, CA  94111-5802
   Telephone:    (415) 591-1000
4  Facsimile:    (415) 591-1400

5  T. Thomas Cottingham, III ((admitted *pro hac vice*)
   tcottingham@winston.com
6  Stacie C. Knight (admitted *pro hac vice*)
   sknight@winston.com
7  WINSTON & STRAWN LLP
   214 N. Tryon Street
8  Charlotte, NC 28202
   Telephone:    (704) 350-7745
9  Facsimile:    (704) 350-7800

10 Mark T. Flewelling (SBN: 96465)
   mflewelling@afrct.com
11 Leigh O. Curran (SBN: 173322)
   lcurran@afrct.com
12 Yaw-Jiun (Gene) Wu (SBN: 228240)
   gwu@afrct.com
13 ANGLIN FLEWELLING, RASMUSSEN, CAMPBELL, AND TRYTTEN, LLP
   199 So. Los Robles Ave., #600
14 Pasadena, CA  91101
   Telephone:    (626) 535-1900
15 Facsimile:    (626) 577-7764

16 Attorneys for Defendant
   WELLS FARGO BANK, N.A.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| IN RE WACHOVIA CORP. "PICK-A-PAYMENT" MORTGAGE MARKETING AND SALES PRACTICES LITIGATION<br><br>This document relates to:<br><br>*ALL CASES*<br><br>Defendants. | Case No.  CV 09-2015-JF<br><br>[~~PROPOSED~~] ORDER GRANTING REQUEST OF DEFENDANT TO BRING DEMONSTRATIVES<br><br>Date: May 28, 2013<br>Time: 2:00 p.m.<br>Judge: Hon. Paul Singh Grewal |

Upon application, the Court hereby approves the request of Defendant to bring up to ten demonstratives into the Federal Courthouse at 280 S. 1st Street, San Jose, CA 95113 on May 28, 2013, for the hearing at 2:00 p.m.

Dated: May 28, 2013

Hon. Paul Singh Grewal