\*\*E-Filed 7/26/2013\*\*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IN RE: WACHOVIA CORPORATION. | Case No. 5:09-md-02015-JF (PSG)<br><br>ORDER GRANTING DEFENDANT'S MOTION TO AUGMENT THE RECORD<br><br>[re: ECF No. 515] |

On July 2, 2013, Magistrate Judge Paul S. Grewal issued a Report and Recommendation pursuant to the Court's referral order of April 3, 2013. *See* ECF Nos. 432, 507. On July 16, 2013, Defendant filed a motion for a *de novo* determination of matters addressed in the Report and Recommendation, as well as a motion to augment the record. *See* ECF Nos. 515, 516. Plaintiffs oppose the motion to augment. *See* ECF No. 520.

While there is some merit to Plaintiffs' argument that Defendant could have presented the proposed new evidence during the proceedings before Judge Grewal, the Court will permit the augmentation in order to ensure that it has as complete a record as possible of the events underpinning the parties' disputes. The Court expresses no opinion as to the significance of the new evidence.

1    Accordingly, the motion to augment the record is GRANTED.

2    IT IS SO ORDERED.

4    DATED: July 26, 2013

_____
JEREMY FOGEL
United States District Judge