**E-Filed 7/26/2013**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE: WACHOVIA CORP. "PICK-A-PAYMENT" MORTGAGE MARKETING AND SALES PRACTICES LITIGATION. | Case No. 5:09-md-02015-JF (PSG)<br><br>ORDER VACATING HEARING ON MOTION TO ENFORCE SETTLEMENT (ECF NO. 503) AND SUBMITTING MOTION WITHOUT ORAL ARGUMENT<br><br>(Re: ECF No. 503) |

On June 29, 2013, a motion to enforce settlement agreement was filed on behalf of Robert Brewer, Deborah Brewer, and Teri Royal. *See* ECF No. 503. Although the motion itself does not reflect a hearing date, apparently the movants set the motion for hearing on July 31, 2013, at 8:30 a.m. That is not a date or time that the Court ordinarily hears matters, and the date and time was not cleared with Court staff. Moreover, the Court has determined that the motion is appropriate for submission without oral argument pursuant to Civil Local Rule 7-1(b). Accordingly, the hearing on the motion is VACATED.

IT IS SO ORDERED.

Dated: July 26, 2013

_____
JEREMY FOGEL
United States District Judge