1 | Amanda L. Groves (SBN: 187216)
agroves@winston.com
2 | WINSTON & STRAWN LLP
101 California Street
3 | San Francisco, CA 94111-5802
Telephone: (415) 591-1000
4 | Facsimile: (415) 591-1400

5 | T. Thomas Cottingham, III *(admitted pro hac vice)*
tcottingham@winston.com
6 | Stacie C. Knight *(admitted pro hac vice)*
sknight@winston.com
7 | WINSTON & STRAWN LLP
100 North Tryon Street, Suite 2900
8 | Charlotte, NC 28202-1078
Telephone: (704) 350-7700
9 | Facsimile: (704) 350-7800

10 | Mark T. Flewelling (SBN: 96465)
mflewelling@afrct.com
11 | Yaw-Jiun (Gene) Wu (SBN: 228240)
gwu@afrct.com
12 | Leigh O. Curran (SBN: 173322)
lcurran@afrct.com
13 | ANGLIN, FLEWELLING, RASMUSSEN, CAMPBELL, AND TRYTTEN LLP
199 So. Los Robles Ave., #600
14 | Pasadena, CA 91101
Telephone: (626) 535-1900
15 | Facsimile: (626) 577-7764

Attorneys for Defendant
WELLS FARGO BANK, N.A.

[*additional counsel listed on signature page*]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: WACHOVIA CORP. "PICK-A-PAYMENT" MORTGAGE MARKETING AND SALES PRACTICES LITIGATION<br><br>This document relates to:<br><br>*ALL CASES* | Case No. 3:09-MD-02015-RS<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER (1) SETTING TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANT'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION; AND (2) MODIFYING BRIEFING ON ATTORNEYS' FEES** |

Pursuant to N.D. Cal. Civil L.R. 6-1(b) and 6-2, Plaintiffs and Defendant Wells Fargo Bank, N.A. ("Wells Fargo") stipulate as follows:

WHEREAS, on September 25, 2013, this Court issued its Order (1) Adopting Report and Recommendation; (2) Imposing Monetary Sanctions on Wells Fargo; (3) Denying Without Prejudice Plaintiffs' Motion for Preliminary Injunction; (4) Denying as Moot Defendant's Motion to Enforce Settlement; (5) Deferring Consideration of Plaintiffs' Motion to Enforce Settlement; (6) Addressing Case Management Issues; and (7) Directing that Case Be Reassigned ("9/25/13 Order") (Doc. No. 553),

WHEREAS, the 9/25/13 Order provided that Plaintiffs would have until November 1, 2013 to submit documentation of their attorneys' fees and costs incurred in bringing the application for TRO and motion for preliminary injunction, and in briefing the matters before Magistrate Judge Grewal and the Court on *de novo* review of the Report and Recommendation, and that Wells Fargo would have until November 18, 2013 to file a response,

WHEREAS, on October 23, 2013, Wells Fargo filed a Motion for Leave to file a Motion for Reconsideration of the 9/25/13 Order (Doc. No. 557),

WHEREAS, on October 25, 2013, Wells Fargo filed a Notice of Appeal to the Ninth Circuit (Doc. No. 558) from the 9/25/13 Order and all interlocutory orders that gave rise to it,

WHEREAS, the parties are engaged in discussions to attempt to resolve their outstanding disputes in this action, including the amount of attorney's fees to which Plaintiffs are entitled as a result of the 9/25/13 Order,

WHEREAS, the parties believe that the extension of the dates set forth below will provide them with sufficient time to determine if they can resolve the issues raised by the Motion for Reconsideration, or whether they will need to make the submissions set forth in the 9/25/13 Order,

WHEREAS, the parties have not previously requested a modification of the deadlines and briefing schedule referenced herein and the parties do not anticipate this modification will have any

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802

significant impact on the case schedule,

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between Plaintiffs, by their undersigned counsel, and Wells Fargo, by its undersigned counsel, that, subject to the approval of this Court:

1. Plaintiffs shall file their response to Wells Fargo's Motion for Leave to File Motion for Reconsideration on or before December 2, 2013.

2. Class Counsel shall submit documentation of their attorneys' fees and costs on or before December 17, 2013.

3. Wells Fargo shall submit any objections to the amount of the fees and costs requested within twenty-one (21) days of when Class Counsel submits its documentation..

Dated: October 30, 2013

BERNS WEISS LLP

By: /s/ Lee A. Weiss
Jeffrey K. Berns (SBN: 131351)
jberns@law111.com
20700 Ventura Blvd., Suite 140
Woodland Hills, CA 91364
Telephone:   (818) 961-2000
Facsimile:    (818) 999-1500

—and—

Lee A. Weiss *(admitted pro hac vice)*
lweiss@law111.com
585 Stewart Avenue, Suite L-20
Garden City, NY 11556
Telephone:   (818) 961-2000
Facsimile:    (818) 999-1500

ATTORNEYS FOR PLAINTIFFS AND THE SETTLEMENT CLASS

WINSTON & STRAWN LLP

Winston & Strawn LLP
101 California Street
San Francisco, CA  94111-5802

By: /s/ T. Thomas Cottingham, III
Amanda L. Groves (SBN: 187216)
101 California Street
San Francisco, CA  94111-5802
Telephone:     (415) 591-1000
Facsimile:     (415) 591-1400

T. Thomas Cottingham, III *(admitted pro hac vice)*
Stacie C. Knight *(admitted pro hac vice)*
100 North Tryon Street, Suite 2900
Charlotte, NC 28202-1078
Telephone:     (704) 350-7700
Facsimile:     (704) 350 7800

ANGLIN, FLEWELLING, RASMUSSEN
CAMPBELL & TRYTTEN LLP
Mark T. Flewelling (SBN: 96465)
Yaw-Jiun (Gene) Wu (SBN: 228240)
Leigh O. Curran (SBN: 173322)
199 So. Los Robles Ave., Suite 600
Pasadena, CA  91101
Telephone:      (626) 535-1900
Facsimile:      (626) 577-7764

ATTORNEYS FOR DEFENDANT WELLS FARGO BANK, N.A.

**ECF CERTIFICATION**

Pursuant to Local Rule 5-1(i)(3), the filing attorney attests that he has obtained concurrence regarding the filing of this document from the signatories to the document.

Dated:  October 30, 2013

/s/ T. Thomas Cottingham, III
T. Thomas Cottingham, III
*(admitted pro hac vice)*
tcottingham@winston.com
WINSTON & STRAWN LLP
100 North Tryon Street, Suite 2900
Charlotte, NC 28202-1078
Telephone:   (704) 350-7700
Facsimile:    (704) 350 7800

Winston & Strawn LLP
101 California Street
San Francisco, CA  94111-5802

4
JOINT STIPULATION AND [PROPOSED] ORDER (1) SETTING TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANT'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION AND (2) MODIFYING BRIEFING SCHEDULE ON ATTORNEYS' FEES
Case No. 3:09-MD-02015-RS

**ORDER**

Pursuant to the stipulated request of the parties, IT IS HEREBY ORDERED that (1) Plaintiffs shall submit their response to Wells Fargo's Motion for Leave to File Motion for Reconsideration on or before December 2, 2013; (2) Class Counsel shall submit documentation of their attorneys' fees and costs on or before December 17, 2013; and (3) Wells Fargo shall submit any objections to the amount of the fees and costs requested within twenty-one (21) days of when Class Counsel submits its documentation.

**IT IS SO ORDERED**,

Date: 10/31, 2013

HON. ~~JEREMY FOGE~~L Richard Seeborg
UNITED STATES DISTRICT JUDGE

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802

5
JOINT STIPULATION AND [PROPOSED] ORDER (1) SETTING TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANT'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION AND (2) MODIFYING BRIEFING SCHEDULE ON ATTORNEYS' FEES
Case No. 3:09-MD-02015-RS