**BERNS WEISS LLP**
Jeffrey K. Berns (SBN 131351)
jberns@law111.com
20700 Ventura Blvd., Suite 140
Woodland Hills, CA 91364
Telephone: (818) 961-2000
Facsimile: (818) 999-1500

Lee A. Weiss (admitted *pro hac vice*)
lweiss@law111.com
585 Stewart Avenue, Suite L-20
Garden City, NY 11530
Telephone: (516) 222-2900
Facsimile: (818) 999-1500

*Attorneys for Plaintiffs and the Settlement Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: WACHOVIA CORP. "PICK-A-PAYMENT" MORTGAGE MARKETING AND SALES PRACTICES LITIGATION<br><br>_____<br><br>*This Document Relates to*:<br><br>ALL INCLUDED ACTIONS | **CASE NO. 3:09-MD-02015-RS**<br><br>*[Assigned to Hon. Richard Seeborg]*<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING DEADLINES FOR (1) PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION; AND (2) DEFENDANT'S RESPONSE TO CLASS COUNSEL'S SUBMISSION RE ATTORNEYS' FEES AND EXPENSES** |

Pursuant to N.D. Cal. Civil L.R. 6-1(b) and 6-2, Plaintiffs and Defendant Wells Fargo Bank, N.A. ("Wells Fargo") stipulate as follows:

WHEREAS, on September 25, 2013, this Court issued its Order (1) Adopting Report and Recommendation; (2) Imposing Monetary Sanctions on Wells Fargo; (3) Denying Without Prejudice Plaintiffs' Motion for Preliminary Injunction; (4) Denying as Moot Defendant's Motion to Enforce Settlement; (5) Deferring Consideration of Plaintiffs' Motion to Enforce Settlement; (6) Addressing Case Management Issues; and (7) Directing that Case Be Reassigned ("9/25/13 Order") (Doc. No. 553),

WHEREAS, the 9/25/13 Order provided that Plaintiffs would have until November 1, 2013 to submit documentation of their attorneys' fees and costs incurred in bringing the application for TRO and motion for preliminary injunction, and in briefing the matters before Magistrate Judge Grewal and the Court on *de novo* review of the Report and Recommendation, and that Wells Fargo would have until November 18, 2013 to file a response,

WHEREAS, on October 23, 2013, Wells Fargo filed a Motion for Leave to file a Motion for Reconsideration of the 9/25/13 Order (Doc. No. 557),

WHEREAS, on October 25, 2013, Wells Fargo filed a Notice of Appeal to the Ninth Circuit (Doc. No. 558) from the 9/25/13 Order and all interlocutory orders that gave rise to it,

WHEREAS, pursuant to a stipulation filed by the parties, on October 31, 2013 the Court ordered that (1) Plaintiffs are to submit their response to Wells Fargo's Motion for Leave to File a Motion for Reconsideration on or before December 2, 2013, (2) Class Counsel are to submit documentation of their attorneys' fees and costs on or before December 17, 2013, and (3) Wells Fargo is to submit any objections to the amount of the fees and costs requested within twenty-one (21) days of when Class Counsel submits its documentation (Doc. No. 562),

WHEREAS, on November 25, 2013, Class Counsel submitted documentation of their attorneys' fees and costs, and accordingly, Wells Fargo's objections are due on December 16, 2013,

WHEREAS, the parties are engaged in discussions to attempt to agree on the amount of attorney's fees and expenses to which Plaintiffs are entitled as a result of the 9/25/13 Order,

WHEREAS, the parties believe that a one-week extension of Class Counsel's time to respond to the Motion for Leave to File Motion for Reconsideration will provide them with sufficient time to determine if they can resolve their issues and obviate the need for the Motion for Reconsideration,

WHEREAS, the parties have agreed to a similar one-week extension of Wells Fargo's time to respond to Class Counsel's fee and expense submission, in the event that they cannot agree to the amount of attorney's fees and expenses to which Plaintiffs are entitled as a result of the 9/25/13 Order,

WHEREAS, the parties have previously requested a modification of these deadlines and briefing schedule as discussed above and the parties do not anticipate this modification will have any significant impact on the case schedule,

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between Plaintiffs, by their undersigned counsel, and Wells Fargo, by its undersigned counsel, that, subject to the approval of this Court:

1. Plaintiffs shall file their response to Wells Fargo's Motion for Leave to File Motion for Reconsideration on or before December 9, 2013.
2. Wells Fargo shall submit any objections to the attorneys' fees and expenses submitted by Class Counsel on or before December 23, 2013.

Dated: November 27, 2013

BERNS WEISS LLP

By:      /s/ *Lee A. Weiss*
Lee A. Weiss *(admitted pro hac vice)*
lweiss@law111.com
585 Stewart Avenue, Suite L-20
Garden City, NY 11556
Telephone:    (818) 961-2000
Facsimile:    (818) 999-1500

2

—and—

Jeffrey K. Berns (SBN: 131351)
jberns@law111.com
20700 Ventura Blvd., Suite 140
Woodland Hills, CA 91364
Telephone:     (818) 961-2000
Facsimile:     (818) 999-1500

ATTORNEYS FOR PLAINTIFFS AND THE SETTLEMENT CLASS

WINSTON & STRAWN LLP

By:____/s/ *T. Thomas Cottingham, III*__
T. Thomas Cottingham, III *(admitted pro hac vice)*
Stacie C. Knight *(admitted pro hac vice)*
100 North Tryon Street, Suite 2900
Charlotte, NC 28202-1078
Telephone:     (704) 350-7700
Facsimile:     (704) 350 7800

WINSTON & STRAWN LLP
Amanda L. Groves (SBN: 187216)
101 California Street
San Francisco, CA  94111-5802
Telephone:     (415) 591-1000
Facsimile:     (415) 591-1400

ANGLIN, FLEWELLING, RASMUSSEN CAMPBELL & TRYTTEN LLP
Mark T. Flewelling (SBN: 96465)
Yaw-Jiun (Gene) Wu (SBN: 228240)
Leigh O. Curran (SBN: 173322)
199 So. Los Robles Ave., Suite 600
Pasadena, CA  91101
Telephone:     (626) 535-1900
Facsimile:     (626) 577-7764

LOCKE LORD LLP
Regina J. McClendon (CA SBN 184669)
rmcclendon@lockelord.com
44 Montgomery Street, Suite 4100
San Francisco, CA 94104
Telephone: 415-318-8810
Fax: 415-676-5816

LOCKE LORD LLP

3

Joint Stipulation and [Proposed] Order Extending Deadlines for (1) Plaintiffs' Opposition to Defendant's Motion for Leave to File Motion for Reconsideration; and (2) Defendant's Response to Class Counsel's Submission re Attorneys' Fees and Expenses —3:09-MD-02015-RS

| | |
|---|---|
| 1 | Robert T. Mowrey (*pro hac vice* application to follow) |
| | rmowrey@lockelord.com |
| 2 | Jason L. Sanders (CA SBN 230245) |
| | jsanders@lockelord.com |
| 3 | 2200 Ross Avenue, Suite 2200 |
| | Dallas, TX 75201 |
| 4 | Telephone: 214-740-8000 |
| | Fax: 214-740-8800 |
| 5 | |
| 6 | |
| 7 | ATTORNEYS FOR DEFENDANT WELLS FARGO BANK, N.A. |

4

Joint Stipulation and [Proposed] Order Extending Deadlines for (1) Plaintiffs' Opposition to Defendant's Motion for Leave to File Motion for Reconsideration; and (2) Defendant's Response to Class Counsel's Submission re Attorneys' Fees and Expenses —3:09-MD-02015-RS

**ECF CERTIFICATION**

Pursuant to Local Rule 5-1(i)(3), the filing attorney attests that he has obtained concurrence regarding the filing of this document from the signatories to the document.

Dated: November 27, 2013

/s/ *Lee A. Weiss*
Lee A. Weiss *(admitted pro hac vice)*
lweiss@law111.com
585 Stewart Avenue, Suite L-20
Garden City, NY 11556
Telephone: (818) 961-2000
Facsimile: (818) 999-1500

5

Joint Stipulation and [Proposed] Order Extending Deadlines for (1) Plaintiffs' Opposition to Defendant's Motion for Leave to File Motion for Reconsideration; and (2) Defendant's Response to Class Counsel's Submission re Attorneys' Fees and Expenses —3:09-MD-02015-RS

**ORDER**

Pursuant to the stipulated request of the parties, IT IS HEREBY ORDERED that (1) Plaintiffs shall submit their response to Wells Fargo's Motion for Leave to File Motion for Reconsideration on or before December 9, 2013; and (2) Wells Fargo shall submit any objections to the attorneys' fees and expenses submitted by Class Counsel on or before December 23, 2013.

Dated: __12/5_____, 2013   _____
   Judge Richard Seeborg
   UNITED STATES DISTRICT JUDGE

Joint Stipulation and [Proposed] Order Extending Deadlines for (1) Plaintiffs' Opposition to Defendant's Motion for Leave to File Motion for Reconsideration; and (2) Defendant's Response to Class Counsel's Submission re Attorneys' Fees and Expenses —3:09-MD-02015-RS