IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE WACHOVIA CORPORATION "PICK-A-PAY" MORTGAGE MARKETING AND SALES PRACTICES LITIGATION | CASE NO. 5:09-md-2015 RS<br><br>**ORDER VACATING HEARING ON PLAINTIFFS' MOTION TO ENFORCE THE SETTLEMENT AGREEMENT** |

Plaintiffs' Motion to Enforce the Settlement Agreement (ECF No. 593) was filed December 11, 2013, and a hearing on that motion set for January 9, 2014. That hearing is hereby vacated. Scheduling of that hearing will be discussed at the Case Management Conference on January 14, 2014.

IT IS SO ORDERED.

Dated: December 11, 2013

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE