LOCKE LORD LLP
Regina J. McClendon (CA SBN 184669)
rmcclendon@lockelord.com
44 Montgomery Street, Suite 4100
San Francisco, CA  94104
Telephone:  415-318-8810
Fax:  415-676-5816

LOCKE LORD LLP
Robert T. Mowrey (*pro hac vice*)
rmowrey@lockelord.com
Jason L. Sanders (CA SBN 230245)
jsanders@lockelord.com
2200 Ross Avenue, Suite 2200
Dallas, TX 75201
Telephone:  214-740-8000
Fax:  214-740-8800

ANGLIN, FLEWELLING, RASMUSSEN, CAMPBELL & TRYTTEN LLP
Mark T. Flewelling (CA SBN 96465)
Yaw-Jiun (Gene) Wu (CA SBN 228240)
Leigh O. Curran (CA SBN 173322)
199 So. Los Robles Ave., Suite 600
Pasadena, CA 91101
Telephone: 626-535-1900
Fax: 626-577-7764

[additional counsel listed on signature page]

Attorneys for Defendant
WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN  RE: WACHOVIA CORP. "PICK-A-PAYMENT" MORTGAGE MARKETING AND SALES PRACTICES LITIGATION<br><br>This document relates to: *ALL CASES* | CASE NO. 3:09-MD-02015-RS<br><br>**STIPULATION REGARDING BRIEFING; P̶R̶O̶P̶O̶S̶E̶D̶ ORDER THEREON** |

1   WHEREAS, on December 2, 2013, counsel for the parties filed a Joint Case Management
2   Statement in advance of a Case Management Conference that the Court had set for December 9,
3   2013;

4   WHEREAS, the Joint Case Management Statement stated that Plaintiffs intended to file a
5   motion to enforce the class action settlement agreement in this action in advance of the December 9,
6   2013 Case Management Conference;

7   WHEREAS, Plaintiffs served a Motion to Enforce Settlement Agreement on December 5,
8   2013 and filed that Motion on December 11, 2013, setting the hearing on the Motion for January 9,
9   2014 (Dkt. 593-594);

10  WHEREAS, on December 6, 2013, counsel for Defendant Wells Fargo Bank N.A. ("Wells
11  Fargo") asked Lead Class Counsel to agree to continue the Case Management Conference scheduled
12  for December 9, 2013 because one of the attorneys for Wells Fargo who was due to attend the
13  conference had a family emergency;

14  WHEREAS, in response to the request made by counsel for Wells Fargo, Lead Counsel
15  agreed to a stipulation whereby the Case Management Conference would be adjourned to January
16  14, 2014, which was the earliest date on which counsel for the parties and the Court were available
17  (Dkt. 557);

18  WHEREAS, on December 6, 2013, the Court continued the Case Management Conference to
19  January 14, 2014 (Dkt. 588);

20  WHEREAS, on December 12, 2013, the Court entered an order vacating the January 9, 2014
21  hearing of the Motion to Enforce Settlement Agreement, stating "[s]cheduling of that hearing will be
22  discussed at the Case Management Conference on January 14, 2014." (Dkt. 595);

23  WHEREAS,  Wells Fargo's opposition to the Motion to Enforce Settlement Agreement is
24  due on December 26, 2013 under Local Rule 7-3(a), as briefing schedules run from the motion's
25  filing date, not the hearing date;

26  WHEREAS, counsel for Wells Fargo has asked Lead Class Counsel to agree that Wells
27  Fargo need not oppose the Motion to Enforce Settlement Agreement until after the Case
28  Management Conference on January 14, 2014, subject to Wells Fargo reserving its rights to argue

that Plaintiff's motion is not the proper procedure for enforcing the class action settlement agreement;

WHEREAS, although Plaintiffs believe that their motion is the procedure previously envisioned by Judges Fogel and Illston and that any further delays are unnecessary, in order to avoid unnecessary motion practice and in view of the December holidays, Plaintiffs have agreed to Wells Fargo's request;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between Plaintiffs, by their undersigned counsel, and Wells Fargo, by its undersigned counsel, that, subject to the approval of this Court, no opposition to Plaintiffs' Motion to Enforce Settlement Agreement shall be due until after the January 14, 2014 Case Management Conference, as determined by the Court at that conference.

Dated:  December 16, 2013                               Respectfully submitted,

                                                        LOCKE LORD LLP


                                                        By: /s/ Regina J. McClendon
                                                        Regina J. McClendon
                                                        Attorneys for Defendant
                                                        WELLS FARGO BANK, N.A.


Dated:  December 16, 2013                               Respectfully submitted,

                                                        BERNS WEISS LLP


                                                        By: /s/ Lee Weiss
                                                        Lee Weiss
                                                        Attorneys for Plaintiffs and the Settlement Class

**ECF CERTIFICATION**

Pursuant to Local Rule 5-1(i)(3), the filing attorney attests that she has obtained concurrence regarding the filing of this document from the signatories to the document.

Dated:  December 16, 2013                            */s/ Regina J. McClendon*
                                                                              Regina J. McClendon

Additional counsel for defendant Wells Fargo Bank, N.A.:

Amanda L. Groves (CA SBN 187216)
agroves@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5802
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

T. Thomas Cottingham, III (admitted *pro hac vice*)
tcottingham@winston.com
Stacie C. Knight (admitted *pro hac vice*)
sknight@winston.com
WINSTON & STRAWN LLP
100 North Tryon Street, Suite 2900
Charlotte, NC 28202-1078
Telephone: (704) 350-7700
Facsimile: (704) 350-7800

**ORDER**

Pursuant to the stipulated request of the parties, IT IS HEREBY ORDERED that no opposition to Plaintiffs' Motion to Enforce Settlement Agreement shall be due until after the January 14, 2014 Case Management Conference. Any briefing schedule will be determined by the Court at that conference.

IT IS SO ORDERED.

Date:  12/19      , 2013      _____
HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE