UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: WACHOVIA CORP. "PICK-A-PAYMENT" MORTGAGE MARKETING AND SALES PRACTICES LITIGATION<br><br>This document relates to: *ALL CASES* | CASE NO. 3:09-MD-02015-RS<br><br>**ORDER ON ADMINISTRATIVE MOTION FOR AN EXTENSION TO FILE OPPOSITION TO MOTION TO ENFORCE SETTLEMENT AGREEMENT, AS MODIFIED BY THE COURT** |

The Court has considered the motion by Wells Fargo Bank, N.A. ("Wells Fargo") for an extension of time to respond to Plaintiffs' Motion to Enforce Class Action Settlement Agreement filed on January 20, 2014 ("Motion") and to continue the hearing date on that Motion.

After consideration of the papers filed by the parties, IT IS HEREBY ORDERED that he hearing on Plaintiffs' Motion is continued from March 6, 2014 to April 3, 2014. Wells Fargo's opposition to Plaintiffs' Motion shall be filed no later than March 10, 2014, and Plaintiffs' reply brief shall be filed on or before March 20, 2014.

IT IS SO ORDERED.

Date: January 29, 2014

_____
HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE