LOCKE LORD LLP
Regina J. McClendon (CA SBN 184669)
rmcclendon@lockelord.com
44 Montgomery Street, Suite 4100
San Francisco, CA  94104
Telephone:  415-318-8810
Fax:  415-676-5816

LOCKE LORD LLP
Robert T. Mowrey (*pro hac vice*)
rmowrey@lockelord.com
Jason L. Sanders (CA SBN 230245)
jsanders@lockelord.com
2200 Ross Avenue, Suite 2200
Dallas, TX 75201
Telephone:  214-740-8000
Fax:  214-740-8800

ANGLIN, FLEWELLING, RASMUSSEN, CAMPBELL & TRYTTEN LLP
Mark T. Flewelling (CA SBN 96465)
Yaw-Jiun (Gene) Wu (CA SBN 228240)
Leigh O. Curran (CA SBN 173322)
199 So. Los Robles Ave., Suite 600
Pasadena, CA 91101
Telephone: 626-535-1900
Fax: 626-577-7764

[additional counsel listed on signature page]

Attorneys for Defendant
WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN  RE: WACHOVIA CORP. "PICK-A-PAYMENT" MORTGAGE MARKETING AND SALES PRACTICES LITIGATION<br><br>This document relates to: *ALL CASES* | CASE NO. 3:09-MD-02015-RS<br><br>**STIPULATION REGARDING PAGE LIMITS ON PENDING MOTION;** ~~**PROPOSED**~~ **ORDER THEREON** |

1    WHEREAS, Plaintiffs filed and served a Motion to Enforce Settlement Agreement on
2 January 20, 2014 (Dkt. 604);
3    WHEREAS, defendant Wells Fargo Bank, N.A.'s ("Wells Fargo's") opposition to the
4 Motion to Enforce Settlement Agreement is due on March 10, 2014;
5    WHEREAS, Plaintiffs' reply in support of the Motion to Enforce Settlement Agreement is
6 due on March 20, 2014;
7    WHEREAS, Wells Fargo anticipates that its opposition brief will exceed the 25 pages
8 permitted by Local Rule 7-3(a);
9    WHEREAS, Plaintiffs anticipate that their reply brief will exceed the 15 pages permitted by
10 Local Rule 7-3(c);
11    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between Plaintiffs,
12 by their undersigned counsel, and Wells Fargo, by its undersigned counsel, that, subject to the
13 approval of this Court, (1) Wells Fargo may file an opposition to the Motion to Enforce Settlement
14 Agreement not to exceed 35 pages, and (2) Plaintiffs may file a reply in support of Motion to
15 Enforce Settlement Agreement not to exceed 25 pages.

16 Dated: March 6, 2014                Respectfully submitted,

                                      LOCKE LORD LLP


                                      By: */s/ Regina J. McClendon*
                                      Regina J. McClendon
                                      Attorneys for Defendant
                                      WELLS FARGO BANK, N.A.


Dated: March 6, 2014                  Respectfully submitted,

                                      BERNS WEISS LLP


                                      By: */s/ Lee Weiss*
                                      Lee Weiss
                                      Attorneys for Plaintiffs and the Settlement Class

**ECF CERTIFICATION**

Pursuant to Local Rule 5-1(i)(3), the filing attorney attests that she has obtained concurrence regarding the filing of this document from the signatories to the document.

Dated:  March 6, 2014                              */s/ Regina J. McClendon*
                                                                        Regina J. McClendon

Additional counsel for defendant Wells Fargo Bank, N.A.:

Amanda L. Groves (CA SBN 187216)
agroves@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5802
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

T. Thomas Cottingham, III (admitted *pro hac vice*)
tcottingham@winston.com
Stacie C. Knight (admitted *pro hac vice*)
sknight@winston.com
WINSTON & STRAWN LLP
100 North Tryon Street, Suite 2900
Charlotte, NC 28202-1078
Telephone: (704) 350-7700
Facsimile: (704) 350-7800

**ORDER**

Pursuant to the stipulated request of the parties, IT IS HEREBY ORDERED that (1) Wells Fargo may file an opposition to the Motion to Enforce Settlement Agreement not to exceed 35 pages, and (2) Plaintiffs may file a reply in support of Motion to Enforce Settlement Agreement not to exceed 25 pages.

IT IS SO ORDERED.

Date:__3/7_____, 2014    _____
                              HON. RICHARD SEEBORG
                              UNITED STATES DISTRICT JUDGE

4
STIPULATION REGARDING PAGE LIMITS; PROPOSED ORDER
CASE NO. 3:09-MD-02015-RS