United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

IN  RE: WACHOVIA CORP. "PICK-A-
PAYMENT" MORTGAGE MARKETING
AND SALES PRACTICES LITIGATION

No. 3:09-MD-02015 RS

**ORDER**

This document relates to:  *ALL CASES*

CAROL A. FIORILLI,

           Plaintiff,

   v.

WELLS FARGO BANK, N.A.,

          Defendant.

                      /

No. 4:14-CV-00557-DMR

On May 1, 2014, plaintiff Carol Fiorilli and defendant Wells Fargo Bank, N.A., filed a
stipulation and proposed order to relate the case entitled *Carol Fiorilli v. Wells Fargo Bank,
N.A.,* Case No. 4:14-CV-00557-DMR to the case entitled *In re: Wachovia Corp. "Pick-a-
Payment" Mortgage Marketing and Sales Practices Litigation*, Case No. 3:09-MD-02015-RS.
The proposed order to relate these cases is hereby denied.  In the complaint, Fiorilli alleges that
she is a settlement class member entitled to enforce the class action settlement agreement that
was reached in Case No. 3:09-md-02015-RS and that Wells Fargo violated that agreement.

**United States District Court**
For the Northern District of California

1   Fiorilli also brings a claim for violation of the Fair Debt Collection Practices Act.  Although

2   there may be some nexus between Fiorilli's claims and the parties and transaction at issue in

3   Case No. 3:09-md-02015-RS, it is not clear at this juncture whether Fiorilli's claims are limited

4   to enforcement of the settlement or whether she is asserting independent grounds for relief.

5           This order is without prejudice to a determination by the presiding judge in that matter

6   that any or all of the claims cannot be brought independently and should therefore be dismissed

7   and brought as a motion for relief in Case No. 3:09-MD-02015-RS.  Any such motion for relief

8   must be made in coordination with class counsel.

9

10          IT IS SO ORDERED.

11

12   DATED:      May 7, 2014

13                                                    _____

14                                                    RICHARD SEEBORG
                                                      United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

No. 3:09-MD-02015 RS
ORDER