**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7                          IN THE UNITED STATES DISTRICT COURT

8                         FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                                SAN FRANCISCO DIVISION

10

11   IN  RE: WACHOVIA CORP. "PICK-A-            No. 3:09-MD-02015 RS
     PAYMENT" MORTGAGE MARKETING
12   AND SALES PRACTICES LITIGATION            **ORDER REQUESTING**
                                               **ADDITIONAL BRIEFING**
13

14   This document relates to:  *ALL CASES*

15   _____/

16          On May 22, 2014, plaintiffs submitted a notice of motion and motion (1) for relief from

17   the court's May 8, 2014 order; and (2) to enforce the settlement agreement.  (ECF No. 636.)

18   Wells Fargo is directed to file a response of no more than 15 pages within 14 days from the date

19   of this order.  Plaintiffs shall file a reply of no more than 10 pages within 7 days following

20   defendant's response.  Absent further order from the court, the matter will be taken under

21   submission without oral argument pursuant to Civil Local Rule 7-1(b).

22          Separately, Wells Fargo shall file a response, consistent with Civil Local Rule 79-5(e), to

23   plaintiff's administrative motions to file under seal (ECF Nos. 606, 620, and 637) to the extent

24   those motions concern items designated as confidential by Wells Fargo.  The issues raised by the

25   parties in their joint status report (ECF No. 635) shall be addressed at a further case management

26   statement, to be scheduled following a decision on the instant motion.

27

28

                                                                    NO. 3:09-MD-02015 RS
                                                                    ORDER

**United States District Court**

For the Northern District of California

1      IT IS SO ORDERED.

2

3    DATED:          May 30, 2014

4    _____
                    RICHARD SEEBORG
5                   United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

No. 3:09-MD-02015 RS
ORDER

2