IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

IN RE: WACHOVIA CORP. "PICK-A-PAYMENT" MORTGAGE MARKETING AND SALES PRACTICES LITIGATION

No. 3:09-MD-02015 RS

**ORDER FOR FURTHER DISCOVERY**

This document relates to: *ALL CASES*
_____/

The Court is in receipt of the parties' updated joint status report (Dkt. 656). Wachovia appears to be operating under the misapprehension that the Court has only ordered further discovery as to its use of a pre-screening question concerning escrow accounts. As the Court found in granting, in part, the original motion to enforce the settlement, Wells Fargo has violated the settlement agreement to the extent it has pre-screened class members seeking loan modifications on *any* basis not common to both HAMP and MAP2R. Wells Fargo has admitted to pre-screening on the basis of a borrower's willingness to establish an escrow account, a factor which the Court found was not a requirement for the MAP2R program, and has therefore violated the settlement agreement. As stated in the Court's prior order, "because Wells Fargo's pre-screening process violated the settlement agreement *at least as to the escrow question*, some limited discovery would appear to be warranted as to Wells Fargo's written policies concerning pre-screening."

In addition to the discovery specifically ordered in the July 24, 2014 Order, Wells Fargo is hereby ordered to provide to plaintiffs a copy of its written policies governing its pre-screening process for class members, including any written policies governing the particular pre-screening questions including, but not limited to, any pre-screening questions for income, willingness to establish an escrow account, and owner occupancy.  Such policies shall also include any written policies governing the process for clarifying a caller's responses, coding such responses, and providing or denying follow-up including loan modification applications thereon.  Based on that additional discovery, the parties are encouraged to work together to identify individuals who were improperly pre-screened on the basis of willingness to establish escrow accounts *or based on any other criteria not required by both HAMP and MAP2R*.

IT IS SO ORDERED.

DATED: August 22, 2014

_____
RICHARD SEEBORG
United States District Judge

No. 3:09-MD-02015 RS
ORDER

2