UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE WACHOVIA CORPORATION "PICK-A-PAY" MORTGAGE MARKETING AND SALES PRACTICES LITIGATION | Case No. 09-md-02015-RS<br><br>**ORDER DENYING APPLICATION FOR TEMPORARY RESTRAINING ORDER AND SETTING HEARING ON PRELIMINARY INJUNCTION** |

Certain plaintiffs seek a preliminary injunction to remedy what they contend are failures by defendant to comply with the settlement previously reached in this class action. Plaintiffs also request that pending a hearing on preliminary injunction, defendant be restrained from commencing or continuing with foreclosure proceedings against any of the moving plaintiffs or any similarly situated class member. While plaintiffs assert defendant has now initiated such proceedings, or provided notice of its intent to do so, against "most" of the moving parties, they have not shown that foreclosures or evictions are so imminent that irreparable harm is likely to be suffered prior to the time a preliminary injunction could be heard. Accordingly, the request for a temporary restraining order is denied. Plaintiffs' application for a preliminary injunction will be heard on March 19, 2015 at 1:30 p.m. Defendant may file opposition no later than March 12, 2015. Plaintiffs may file any reply no later than March 16, 2015.

**IT IS SO ORDERED**.

Dated: March 4, 2015

_____
RICHARD SEEBORG
United States District Judge

CASE NO. 09-md-02015-RS