UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: WACHOVIA CORP. "PICK-A-PAYMENT" MORTGAGE MARKETING AND SALES PRACTICES LITIGATION | Case No. 09-md-02015-RS<br><br>**SUPPLEMENTAL ORDER ON ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL** |

In a March 23 order, defendants were directed to submit further support for their motion to seal certain documents filed in connection with the briefing on plaintiffs' motion for a preliminary injunction. Defendants have filed a supplemental brief demonstrating that the materials discussed in the March 23 order are indeed sealable. The parties' administrative motions to file under seal are therefore granted as to Exhibits 6-10 to the first Berns declaration and Exhibits 1 and 2 to the Paris declaration.

**IT IS SO ORDERED**.

Dated: April 1, 2015

_____
RICHARD SEEBORG
United States District Judge