Amanda L. Groves (SBN: 187216)
agroves@winston.com
Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802
Telephone:  (415) 591-1000
Facsimile:  (415) 591-1400

T. Thomas Cottingham, III *(admitted pro hac vice)*
tcottingham@winston.com
Stacie C. Knight *(admitted pro hac vice)*
sknight@winston.com
Luciona Johnson *(admitted pro hac vice)*
lujohnson@winston.com
WINSTON & STRAWN LLP
100 North Tryon Street, Suite 2900
Charlotte, NC 28202-1078
Telephone:  (704) 350-7700
Facsimile:  (704) 350-7800

Robert T. Mowrey *(admitted pro hac vice)*
rmowrey@lockelord.com
Jason L. Sanders (SBN: 230245)
jsanders@lockelord.com
Johnathan E. Collins *(admitted pro hac vice)*
jcollins@lockelord.com
LOCKE LORD LLP
2200 Ross Avenue, Suite 2200
Dallas, TX 75201
Telephone:  (214) 740-8000
Facsimile:  (214) 240-8800

[additional counsel listed on signature page]
Attorneys for Defendant
WELLS FARGO BANK, N.A.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: WACHOVIA CORP. "PICK-A-PAYMENT" MORTGAGE MARKETING AND SALES PRACTICES LITIGATION<br><br>This document relates to:<br><br>*ALL CASES* | Case No. M:09-MD-02015-RS<br><br>**JOINT STIPULATED REQUEST AND [PROPOSED] ORDER ADJOURNING DEADLINES CONTAINED IN THE COURT'S APRIL 15, 2015 ORDER** |

Pursuant to N.D. Cal. Civil L.R. 6-1(b) and 6-2, Plaintiffs and Defendant Wells Fargo Bank, N.A. ("Wells Fargo") submit this Joint Stipulated Request and [Proposed] Order Adjourning

1

Deadlines Contained in the Court's April 15, 2015 Order (Doc. No 682) as follows:

1. On April 15, 2015, the Court entered its Order on Motion to Enforce Settlement (the "April 15, 2015 Order"). In the April 15, 2015 Order, the Court ordered the parties to submit proposals for remediation no later than April 29, 2015. The April 15, 2015 Order also requires Wells Fargo to submit a supplemental brief answering specific questions concerning its financial hardship policies no later than April 22, 2015.

2. The parties are conducting settlement negotiations that, if successful, will result in a settlement of the issues raised in the April 15, 2015 Order, as well as other issues. Accordingly, the parties request that the Court adjourn the deadlines contained in the April 15, 2015 Order.

3. The parties agree that if settlement negotiations reach an impasse, either party can notify the Court, at which point the deadlines in the April 15, 2015 Order will be reinstated. In the event of an impasse, Wells Fargo's supplemental brief will be due seven (7) days from the date of the impasse notification, and the parties' proposals for remediation will be due fourteen (14) days from the date of the impasse notification.

4. The Parties have not previously requested modification of the deadlines and briefing schedule referenced herein. The parties believe that the requested adjournment has the potential to save the Court's time and resources.

Dated: April 17, 2015

                    WINSTON & STRAWN LLP

By: /s/ T. Thomas Cottingham, III

T. Thomas Cottingham, III *(admitted pro hac vice)*
Stacie C. Knight *(admitted pro hac vice)*
Luciona Johnson *(admitted pro hac vice)*
100 North Tryon Street, Suite 2900
Charlotte, NC 28202-1078
Telephone: (704) 350-7700
Facsimile: (704) 350 7800

Amanda L. Groves (SBN: 187216)
101 California Street
San Francisco, CA  94111-5802
Telephone:     (415) 591-1000
Facsimile:      (415) 591-1400

LOCKE LORD LLP

Robert T. Mowrey *(admitted pro hac vice)*
Jason L. Sanders (SBN:  230245)
Johnathan E. Collins *(admitted pro hac vice)*
2200 Ross Avenue, Suite 2200
Dallas, TX 75201
Telephone:  (214) 740-8000
Facsimile:  (214) 240-8800

Additional Counsel for Wells Fargo Bank, N.A.:

Regina J. McClendon (SBN:  184669)
rmcclendon@lockelord.com
Jonathan Lieberman (SBN:  278058)
jlieberman@lockelord.com
LOCKE LORD LLP
44 Montgomery Street, Suite 4100
San Francisco, CA 94104
Telephone:     (415) 318-8810
Facsimile:      (415) 676-5816

Mark T. Flewelling (SBN:  96465)
mflewelling@afrct.com

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802

Yaw-Jiun (Gene) Wu (SBN: 228420)
gwu@afrct.com
Leigh O. Curran (SBN: 173322)
lcurran@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN,
CAMPBELL & TRYTTEN, LLP
199 So. Los Robles Ave., Suite 600
Pasadena, CA 91101
Telephone:    (626) 535-1900
Facsimile:    (626) 577-7764

BERNS WEISS LLP

By: /s/ Jeffrey K. Berns

Jeffrey K. Berns (SBN 131351)
jberns@law111.com
20700 Ventura Blvd., Suite 140
Woodland Hills, CA 91364
Telephone: (818) 961-2000
Facsimile: (818) 999-1500

Lee A. Weiss *(admitted pro hac vice)*
lweiss@bernsweiss.com
585 Stewart Avenue, Suite L-20
Garden City, NY 11530
Telephone:   (818) 961-2000
Facsimile:   (818) 999-1500

ATTORNEYS FOR PLAINTIFFS AND THE SETTLEMENT CLASS

Winston & Strawn LLP
101 California Street
San Francisco, CA  94111-5802

**ECF CERTIFICATION**

Pursuant to Local Rule 5-1(i)(3), the filing attorney attests that he has obtained concurrence regarding the filing of this document from the signatories to the document.

Dated:   April 17, 2015        /s/ T. Thomas Cottingham
T. Thomas Cottingham, III *(admitted pro hac vice)*
tcottingham@winston.com
100 North Tryon Street, Suite 2900
Charlotte, NC 28202-1078
Telephone: (704) 350-7700
Facsimile: (704) 350 7800

**ORDER**

Pursuant to the stipulated request of the parties, this Court hereby orders that the deadlines contained in the April 15, 2015 Order (Doc. No. 682) are adjourned.  If settlement negotiations reach an impasse, either party can notify the Court, at which point the deadlines in the April 15, 2015 Order will be reinstated.  In the event of an impasse, Wells Fargo's supplemental brief will be due seven (7) days from the date of the impasse notification, and the parties' proposals for remediation will be due fourteen (14) days from the date of the impasse notification.

Date: 4/20/15

RICHARD SEEBORG
United States District Judge