UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: WACHOVIA CORP. "PICK-A-PAYMENT" MORTGAGE MARKETING AND SALES PRACTICES LITIGATION, et al.,

    Plaintiffs,

  v.

WORLD SAVINGS BANK, FSB, et al.,

    Defendants.

Case No. 09-md-02015-RS

**ORDER FOR JOINT STATUS REPORT**

The parties are hereby directed to file a joint status report of no more than 5 pages on or before **Tuesday, May 24**. The report shall advise as to the status of the settlement negotiations referenced in the parties' April 17 stipulation. In addition, the report shall include a discussion of the interaction between plaintiffs' recent appeal to the Ninth Circuit and the prompt remediation of the violations of the settlement agreement identified in the order issued on April 15.

    **IT IS SO ORDERED**.

Dated: May 18, 2015

_____
RICHARD SEEBORG
United States District Judge